# EXHIBIT A

*Letters of Reference*

# LIST OF REFERENCE LETTERS
*for*
# LEE FERGUSON

## FAMILY

Jacqueline Ferguson
*Mother*

Thomas J. Ferguson
*Son*

Andrew Ferguson
*Son*

Geoffrey Ferguson
*Son*

Ryan Ferguson
*Son*

## FRIENDS

Kyle Fasold
*Friend and neighbor for 10 years*

Bob Heslin
*Friend since childhood*

William A. Petit, Jr.
*Friend since childhood*

Gary Heslin
*Friend for 50 years*

Joanne Ferguson
*Friend for over 40 years*

Robin D. Anderson, Jr.
*Friend for 35 years*

Niko Koutouvides
*Family friend*

Carla Zettergren Bergenty
*Lifelong friend*

Allyson Kounaris
*Friend for 11 years*

Anthony J. Doucette
*Friend for over 20 years*

**PROFESSIONAL ASSOCIATES**

Dr. Francis P. Camp
*Professional association for many years*

Brian A. Cutler
*President, Loureiro Engineering Associates, Inc.*
*Professional association for 20 years*

Linda Mattes
*First Vice President, Alliant Insurance Services, Inc.*
*Professional association for 30 years*

Jeff Loureiro
*Professional association for 30 years*

Jim Nelson
*Professional association for 30 years*

Michael C. Daly
*Professional association for over 20 years*

Charles Madigan, Jr.
*Professional association for 50 years*

**EMPLOYEES**

Thomas W. Wilt
*Employee for 25 years*

Michael Rose
*Employee for 17 years*

Christine Cajigas
*Employee for 20 years*

Christopher M. Pivin
*Employee for 10 years*

Carolina Nunez
*Employee for 13 years*

Scott Felladore
*Former employee for 5 years*

Linda McKim
*Employee for 30 years*

Michael Ciareglio
*Employee for 7 years*

David Kelley
*Employee for 18 years*

Thomas Moschini
*Employee for 17 years*

Scott Federowicz
*Employee for 11 years*

Edward Pasqua
*Employee for 4 years*

Laura B. Sycz
*Employee for over 20 years*

Anthony J. Doucette II
*Employee for 18 years*

Ronald Jacquemin
*Employee for 35 years*

Larry Jacobs
*Employee for 10 years*

James Battista
*Employee for 33 years*

Andrew Jeffrey
*Employee for 12 years*

Steven Leonardo
*Employee for 7 years*

William Joyce
*Employee for 20 years*

Kurt Jordan Benson
*Employee for 15 years*

Brian Ruggles
*Employee for 23 years*

Brian Whalen
*Employee for over 13 years*

Tim Pilkington
*Employee for over 30 years*

Joseph Begin
*Employee for 11 years*

Brandon Chasse
*Employee for over 3 years*

Kyle Ferguson
*Employee for 18 years*

Laura Flint
*Employee for 22 years*

Daniel S. Perreault
*Employee for 28 years*

Eric Reynolds
*Employee for over 20 years*

# FAMILY

The Honorable Michael P. Shea
United States District Judge
US District Court for the District of Columbia
Abraham Ribicoff Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Your Honor,

My name is Jacqueline Ferguson, Lee Ferguson's mother. I am writing this letter to be heard on my son, Lee's, behalf in that I know I understand my son better than anyone, and also understand the pressure he has been under managing our family business. I know this in that I and my late husband managed Ferguson Electric for years, and even then, with a much smaller company, it was a heavy burden.

So that you can better understand who I am; I was born and raised in Plainville, Connecticut, as were my parents, and grandparents. My family name is Thompson, my mother was Irish and my fathers' people were from England. My father and grandfather both worked nearby in New Britain and throughout my childhood I enjoyed living in Plainville, Connecticut.

Upon graduating from high school I worked for Aetna insurance, but wanted a job closer to Plainville. At that time Roy Ferguson, my future husband Tom's father, had a small electrical contracting business in town employing two to three electricians. Roy had started the business in 1925, but Tom was managing the business since 1948, a term that was only interrupted once when Tom performed his military service in Korea.

Upon Tom's return from Korea we fell in love, and were married in 1953. It is important to note that I had always been competitive in school, both in sports and academics, and a large part of marrying Tom was that I had found someone who accepted me as an equal partner, who wanted to achieve something larger in his, and now our, lifetime. I think, in Tom's case, that this came from his being adopted at a young age by Roy and being, and growing up an only child. As for me, as I said from as early as I can remember I was competitive and wanted to really make a mark and Ferguson Electric gave me the project I thought I needed.

During the fifty-five years Tom and I were together we took the business, later with Lee, from two to more than two hundred and fifty workers, before Tom passed away in 2008 . We moved from a one car garage to an enormous facility built in our hometown, but we made sure to always have time to personally relate to each worker. Though I don't spend as much time at the shop today, I still know everyone there, and their kids, but it was a lot easier when there was only two workers.

In our first year of marriage I gave birth to Lee's older sister Dale while continuing to help Tom in managing the company. Lee was born four years later in 1957, and after that birth, with two to raise, I still worked in the office daily.

Tom was steadfast in growing the firm and every year we added a couple of electricians to our group. As I noted, we worked out of the original office, a garage attached to Roy's home, hot in the summer and

cold in the winter, where we turn Ferguson electric from a small-town shop to a statewide business, from a residential/small commercial focus to a large commercial/industrial clientele.

Tom's vision and my determination drove the early Ferguson years. Though increases in our employee count and revenue did not translate into greater profit given that we were not a union contractor which meant that we needed to maintain our tradesmen through good times, and bad. We weren't required to do this, we had to, in that these were townspeople, people whose families we knew and who we saw daily at shops, our children's schools and weekly at our church were our responsibility, as much as Dale or Lee. There was no way our misfortune either in a single mistaken bid price, a customer who refused to pay, or the economy overall, was going to result in any employee losing their salary, we simply found work, or took work cheaper to maintain work, and insure jobs.

Had we been a union firm we could have sent people back to the bench when there was a slowdown, but a union firm experience what we cherished, that being the ability to choose someone based on their merit, to teach them a trade and employ them without interruption for as long as chose, and the profit and growth that arose from that relationship on both sides of the equation. Also it was a relationship that weighed on us every day, always worrying how we would find just enough work to maintain the balance, and often having too much or, more often than not, too little.

Clearly Tom's focus on being an open shop contractor was a substantial head wind for growing Ferguson in the early years. In both good times and bad we worked to ensure that our workers were employed without break. That required us putting all of our capital, including our home, on the line for credit, bonding, and investing in the facilities and equipment that came to be Ferguson Electric. Without that investment we simply would not have been able to grow the firm, but with that debt forever hanging over our heads there was considerable stress in the office, and at home.

In Tom's opinion what union contracting lacked was the bond with the workers. Though we in initially worked on non-prevailing rate jobs in the earlier years, throughout Tom's time, and later Lee's, our focus was to bid largely prevailing rate work so that we could afford to reward the better skilled electrician's with higher paying projects to insure top pay, and continual employment.

As I noted, in many cases to maintain sales and the families they supported, it meant taking a project at cost, or below cost, but that was the decision, and many times I had wished that we were a union firm where labor was supplied and taken away by the hall as needed and equity may not have grown as fast, but at least regularly.

Additionally, Ferguson had a position of responsibility in the community supporting numerous charities, giving of our personnel time to various causes, and re investing in Plainville not only with jobs, but with development of properties and expansion of facilities.

As soon as he was able to walk Lee was in the shop with Tom. Cutting wire, stocking shelves. He was everywhere that Tom was, and with me being in the office the company became a fifth member of our small family.

In his teen years Lee worked in the shop performing pre-fabrication in support of our men in the field. Lee was a natural mechanic and was drawn to the business. I had hoped that he would go to college, but his heart was in following his father footsteps, and forging Tom's vision into his own. During those years Lee was not swayed from his beliefs and eagerly sought out more and more difficult, and larger

electrical work. I can am proud to say that Lee, at a very early age, earned his master electrician licenses in several states. largely through his hard work and devotion to the trade, and his vision for the company.

As Lee took on more management tasks he saw firsthand the problems Tom was experiencing with maintaining enough work to keep the employees gainfully employed. It seemed at the time that the main dinner topic was always about managing labor in that the most difficult part of our business was largely an exercise in supplying reliable craftsmen for competitively bid projects, with schedules that were continually shifting with no allowance for our limited resources.

I think the continual friction with having to perform increasing amounts of work, largely from public bidding, for a work force that was now requiring prevailing wage salaries, resulted in extreme stress in that every merit shop owner knows that we serve our employees, and they reward us for that service with their best performance.

When Lee took over the management of the business in 1983 he immediately pushed to add workers. At that time, in Tom's final years we employed between eighteen and twenty-one electricians. within five years we would average forty-five, and by the turn of the century we had over two hundred. Tom ran the business from 1948 through 1983, and in that time had grown the business from two to twenty-one men. Lee in the seventeen years from 1983 through the year 2000, with Tom's assistance, increased it to over two hundred men.

I remember at that time how amazed I was with Lee's innate management skills during this period, but in retrospect I believe that's where Lee started to really feel the stress attempting to stabilize a growing balancing act by reinvesting profits into facilities and equipment to support the firm's growth with an eye toward eventually reducing the cost to revenue ratio.

As we all have become aware, over the past twenty years required health insurance, has become an ever increasing share of an worker's salary, personnel and human resource management has become largely the administration of the workers' health plan, and pension.

Ferguson like other construction firms initially hired insurance firms to supply plans and administer those plans for the benefit of the workers. Yet each year the cost of medical insurance climbed, well beyond the rate of salary increases, while the plans actually became less appealing. Workers were discontent with the expense, the service, and the options afforded them while rates climbed every year.

Lee believed that if Ferguson was able to partially self-insure, and self-administer the health and pension plans we could reduce costs and return a larger share of the earnings to the electricians.

Though I was not aware of the arrangement at the time I have come to understand that Lee formed a company with his sister Dale to manage the plans, hiring George Wood's firm, TPA of Connecticut to perform the accounting, administrate the plan and claims, explain services and function as customer service for the health and pension plans for Ferguson. Each employee paid in their hourly rate a fee for the administration of the plans, and that fee went to, among other items, reimbursement of George Woods firm, outside accounting services, re insurance expenses, etc....

With the self-administration Ferguson was able to control the rate of increase in expenses associated with the health insuring that there was a reliable health plan, and that pension payments were maintained.

Though there were benefits from self-insurance resulting in the avoidance of unforeseen expenses, many years the firm incurred a significant increase in insurance claims (Due to significant health care costs) and in those cases Ferguson funded the health plan in excess of the funds received from the workers. During the period where the fees in question were taken to manage the plans, Ferguson contributed in excess of one million dollars to remedy paid health claims in excess of workers contributions. Also, Ferguson paid George Woods firm, and outside professionals more than a million dollars to administrate the funds. So, the fee assessed was partially used to reimburse expenses to the plan, contrary to what has been asserted.

I only would have wished that the story stopped there, but with the continued stress of running a business of this size, well beyond my wildest imagination, Lee suffered, became distant, regularly using alcohol and I believe, drugs.

Though he had a lovely wife, home and four beautiful sons, he was rarely home, instead spending the majority of his time at the office. I can't express the sorrow I have regarding the failure of his marriage in 1998, and the impact it had on his children, my grand-children.

After a rocky final few years of marriage, and a difficult divorce, Lori, Lee's wife, my daughter in law, experienced depression and drug use and despite our family's efforts, suffered many years of loss before she could get stable footing. Lee and his sons had an anxious relationship with Lee's continued use of addictions. With Tom gone, and I no longer at the shop, not until Ryan, my oldest grandson, had taken over management of the mechanical side of the business, was Lee able to talk to anyone who could share the responsibility.

With Ryan's extra effort Lee should have been able to pull back and possibly reduce his involvement, but the prolonged addiction, and repeated incarceration of his youngest son, my grandson Andrew, has been his other focus in the past eight years. Andrew has lived with Lee on and off with Lee during the majority of that period, sometimes improving, but sadly often descending into drug abuse. Lee has worked with Andrew, and I believe it has taken a toll on him as well.

That brings me to today. Despite the fact that a large part of the money noted in conjunction with my son's act, in almost every paper I read, was actually paid to administrate the health and pension plans, there is no excuse for taking anyone's money, regardless of the amount, for personal gain. That our workers make more, in their paycheck, than their union counterparts, leaves me very proud of what my family has accomplished, but it is not a basis for receiving benefit for someone else's labor.

My son has paid a significant price for his actions, resigning his ownership of the company, losing the trust of our employees which was the backbone of our success, losing any credit for positive deeds outside of the firm. I can see that his sons have lost respect him, and that the balance of his life will not be associated with the business he managed for the better part thirty-five years.

His future, without the focus of work and family, will likely result in further problems unless he can get the help I believe he needs to understand what really is important, what really has value in a lifetime.

I had hoped to continue to rely on Lee's assistance to navigate my eighty ninth year, and hopefully beyond, but it's equally important that he get the help he needs to right the balance in his life. That is what I want for him, I know that would have been what Tom would have wanted for him. I can only hope that I will see him in better times, and would ask that whatever sentence is handed down that you consider all that Lee has created, and lost in his life to date, and what he could achieve with the counseling necessary to achieve a more mindful being.

In closing I am asking that you go beyond the dollars and cents of this matter, knowing that the workers are being made whole, and look at what might be done to repair my son and my family.

August 26, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Thomas J. Ferguson
[redacted]
Plainville, Connecticut 06062

Dear Judge Shea,

My name is Thomas J. Ferguson. I began working at Ferguson Electric Company as a teenager in the Pre-Fab shop. After attending college at NC State University, I returned to the Company and earned my way to the position of Project Manager, which I've held for the past 12 years.

I am the son of Lee T. Ferguson, 36 years old, third in line of four boys. I have always been inspired by my Father. Not only have I looked up to my Dad for his work ethic and successfulness as a businessman, but also for his dedication to family and our community. Lee's father (my late Grandpa Tom Ferguson), has left a legacy of commitment to his community especially in regards to education and athletics. My Dad has mirrored that of my Grandpa in many ways which I have always admired. For instance, while my brothers pursued football, I excelled in swimming and diving as my extra-curricular activity. My Dad not only generously donated brand new diving boards to the school I graduated from (Plainville High), he also attended my meets and encouraged myself and my teammates to excel and give our all to the sport as well as our education. Further, without my Dad's encouragement I would never have been as successful as a Division 1 diver at NC State.

Furthermore, my Father and I built a bond on a more personal level. I specifically remember a one on one conversation my Dad had with me on a yearly trip to visit his parent's in Myrtle Beach. He told me to never give up on myself even when I fail, and shared for the first time with me his failures and successes in making our family business what it is today. I felt so proud and admired his integrity and felt so special that he told me that I would have tne opportunity to be a part of something so big-as long as I worked hard and never gave up.

I always have and will continue to admire my Father's dedication to the town that I not only grew up in and work in, but also reside in and plan to raise a family of my own in very soon. I feel so proud that my Dad has sponsored the Petit 5K Road Race to benefit the Petit Family Foundation, as well as Little League funding, donations to Plainville schools, and countless other local charities. I strive to be able to give back to our community just as Lee has carried on the legacy of his Father.

Respectfully,

Thomas J. Ferguson

Mr. Hoeter, I wrote this letter on behalf of my father's character. If you have any questions or concerns please feel free to contact me either by phone(203)514-1275 or be email(fergusonandrew631@gmail.com) thank your time. I look forward to your input.

I want to start by thanking the court for the opportunity to speak on behalf of my father in this trying time.

My name is Andrew Ferguson. I was born on September 10th, 1985, the youngest of four boys. The earliest memories I have with my father involved us doing projects around the home. I was young and not always the most well-behaved child, and my father was always patient with me. He answered the questions I frequently asked during the project not because he had to or because it was the fatherly thing to do; he did this because built into my father was a passion for teaching and explaining the knowledge he had gained over time. My father had the uncanny ability to captivate my attention and draw me into him. Like all children, my father had this larger than life persona. I believed that was unmatched to all other fathers. He was my hero.

As I grew older and into the latter years of my adolescence, my parents went through a challenging divorce that tested the emotional capacity of the whole family. This period of my life was very difficult for me, the constant stress of the courts putting us through therapy and endless questions on the parenting ability of my father only further isolated me from my emotions. My mother had custody of my brothers an I. My father was allowed to see us on Wednesday nights for dinner and alternating weekends. With those restrictions set by the court, all I can remember was the burning desire to spend more time with my father. I wanted to be just like him; from the sports, he played to the way he phrased words, spoke, and dressed – all I wanted his approval. He displayed this aura about him that made me want to be just like him. What I wanted more than anything was the love of my father.

On those Wednesday nights, we would spend the evening out at dinner discussing everything that came to mind. Words can not describe the excitement I would feel inside knowing that Wednesday was coming, and I was going to be able to see my father. Let me express to you that not all these visits were smooth and without hardship. From an early age, it was apparent that my father had a problem with alcohol, but I am in no position to say that my father is an alcoholic. That is something that my father will have to decide for himself through his own insight.

At the age of twelve, I began testing the rules and boundaries my parents had set - I started experimenting with marijuana and alcohol. My choice of friends drastically changed; school activities, sports, and being around family no longer interested me. I vividly remember the day my father drove out to a friend's house and picked me up because he knew I was in a negative environment. Or the time I was with friends and we were arrested for smoking pot. The disappointment and pain I saw in my father's eyes that evening will forever be etched into my mind,

but it wasn't enough for me to stop. My father recognized these patterns early and set into motion a plan to derail me off this path. He discussed with me the realities of my situation, which forced me to take a hard look at my direction.

My father constructed a plan which led me to a preparatory school in Avon, Connecticut. He began offering me opportunities outside of my three brothers. It has taken me years to truly comprehend the sacrifices he made on my behalf. He was my rock and my biggest supporter. He instilled a sense of self-esteem and self-respect and encouraged me in my athletics - especially football. While my father and I never discussed the feelings I had at this time, I was apprehensive about entering a new school and environment. However, I quickly intergraded and excelled better than I ever had. My father encouraged my athletic talent and was an ever-present figure at my games and meets.

My father and I would sit down and discuss the directions we wanted my future to go, but I could never see past my love for the game of football. He encouraged and supported me to pursue my dream.

He would send me to all the camps, workouts, and trainers that would help me perfect my craft – I was obsessed with football. In my heart, I believed I was going to play in college and eventually make it to the pros - my father never questioned my pursuit. I am committed to being as supportive of my children as my father was at that moment.

After high school graduation, I attended Milford Academy to further my college football pursuit. I excelled when it came to football, but began making poor choices. I started smoking pot daily because there was an emptiness inside of me that I didn't understand yet. Once again, my father began to see negative behavioral patterns that were consuming my life like it did once before - almost six years prior.

He knew something wasn't right and approached me on many occasions. His advances on the subject were met with denial and deflection. When it came time to make my choice for college, options became limited, I earned a scholarship to the University of Rhode Island. Unbeknownst to me, I was destined for failure, I had a warped sense of reality and was struggling to comprehend the ways addiction was affecting some immediate family members. I also underestimated the impact people, places, and situations would have on my ability to be successful athletically and academically. I began failing multiple classes, and football was nonexistent because of shoulder surgery. During this period, my parents were both dealing with personal issues, one was serving time for DUI's, and the other was in the grips of active addiction. I do not resent their actions today, because during this time I began abusing opioid painkillers.

I considered myself a complete failure for what happened in college and avoided all emotions through drug use.

At the time my father was not acutely aware of my addiction – again, he helped me to the best of his ability – he provided me employment, housing, and a vehicle. Being trapped in active addiction I was incapable of realizing my father's compassion and commitment to helping me succeed. My father often pulled me aside and asked me about my strange behavior, absences from work, or about my diminishing physical appearance – he was deeply concerned about what was going on with me. I couldn't stand to admit to him what was wrong – I was incapable of being honest because I was

afraid to show weakness. My father is everything I wanted to be, but denial and drug use would make that impossible.

The progressive nature of my disease evolved, I vividly remember the first time I admitted to my father that I needed serious help. I was fearful as to how he would respond. He listened, he was compassionate and understanding and promised to get me help. What I didn't comprehend at the time was my father knew something was abnormal with me for a long time. That evening he drove me to a detox clinic. During the car ride, we had a candid conversation; he listened to me describe the details of my struggle. I can not adequately articulate the myriad of feelings I had that night, but I remember watching my father walk out of the hospital that night, and he looked defeated.

Over the next twelve years, I put my father through deep pain and sadness, from jails, institutions, or at the brink of death my father always extended his hand and was willing to discuss a plan of action to help me get sober and back on track. My father never turned his back and always had faith in me– even when nobody else did. He has always wanted me to succeed and head in the right direction – to be the best version of myself. He had believed in me even when I hardly believed in myself. Many nights my father and I would sit in his living room in silence because we both didn't have the words to express our underlying thoughts and emotions. At times I was utterly incapable of being honest because of the shame I felt, and I knew my father saw right through my lies. He frequently sighed and asked, "Andrew, when is it going to be enough?"

My father did the absolute best he could under the circumstances I put him against. He was willing to help a son incapable of helping himself. My father's character is on display here today. I hope this court could match even a fraction of the compassion that he has shown me throughout my life. If we are judged by the content of our character, in my heart I have no fear for him. This man helped build in me the things I have never thought possible- honesty, integrity, and gratitude. I pray that one day I am capable of being a father to my kids like he was for me.

Thank you for your time

September 4, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Geoffrey Ferguson
[redacted]

Dear Judge Shea,

My name is Geoffrey Ferguson. I grew up and graduated from Plainville High School in Connecticut. I attended Dean College in Franklin, Massachusetts were I earned my degree in Business Management. I am 37 years old. My wife and I have a 4 year old son. I've been a Laborer, Mechanical Estimator and am currently a Mechanical CAD drafter with Ferguson Mechanical.

I am Lee Ferguson's son. I have known him my entire life. Growing up he taught me that you should always put your full effort into the things you do. School, sports and work were to be performed to the maximum of my abilities. Hard work was always expected and a willingness to involve myself in our family business was always offered if that was a path I was interested in. As my employer/boss he has always pushed me to learn as much as I could so that I could excel at it. After college I began my career at Ferguson Mechanical. Since starting there he has always put me in a situation where I could learn and turn myself into an important asset to the business if I dedicated myself to my job. Lee has always offered and given me above and beyond what I've needed. He has always provided me with a job and a vehicle from the time I was old enough. He has taken care of all of my school expenses and college tuition. He even paid for my wedding. My father has always been there for me in all facets of my life growing up and into adulthood. I've never met another person with the work ethic, drive to succeed and such a willingness to help those around him as I've seen from my father. The dedication to hard work, extreme generosity and life experiences that I've learned from him have helped shape me into the person I am today.

Respectfully,

Geoffrey Ferguson

October 30, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

My name is Ryan L. Ferguson and I write this letter in support of my father Lee T. Ferguson. I am a graduate of Bentley College and a proud husband and father to wife Kayla and our children Emilia (5), Everleigh (4) and Leo (18mo). I am currently President and CEO of both Ferguson Mechanical and Ferguson Electric, positions I assumed upon my father's resignation earlier this year. Though the transition has occurred under unfavorable circumstances I stand ready to lead the organization as the fourth generation of the Ferguson Companies. Ready due in large part to the preparations, support and opportunities that my father has afforded despite his shortcomings.

I confess that I write this letter with conflicted emotions due to affects my dad's plea has placed upon our family and our family business.

My father is a special leader, extremely dedicated to the business and always looking to make people better. Whether it was better in career, character, trade or life it did not matter; he was always in search of a person who cared to be better, that he could build a relationship with. And because he spent so much time on the business many of these relationships were fostered with business association. He has long been dedicated to creating opportunities for people; these opportunities allowed for hundreds of people to create careers (both within and outside the business) as well as grow our family business to one of the largest Electrical/Mechanical Contractors in New England.

With large companies come large responsibilities, constant pressure and a commitment of one's time that can never be enough. These stressors combined with my father's alcoholism led to a failed marriage and less then proper childhoods for me and my brothers.

In February of 1998 I was seventeen years old and my father and mother were going through a bitter divorce, the business was failing, I had been expelled from High School, my brothers were devoid of any positive familial structure and my mother was entering the start of a 15-year struggle with drug addiction. Yet despite the state of life and what seemed unsurmountable hardships at this time; my father never quit on the business and never failed to provide support for my mother, myself or my brothers.

It was not that my father wasn't there for me prior to the divorce; but it was during the divorce I moved in with him and we improved upon our relationship. It was during these years that our relationship improved dramatically; not always perfect but most of the time it was what I needed to develop as a young man. Without his support, and commitment to being a better father during this time, I would not have entered preparatory school at Milford Academy and subsequently gain acceptance to Bentley College.

Some of the best years of my life were had during college; it had been a while, but I was happy and excelling academically and athletically. And my father was there for me when I needed him; he never

October 30, 2019

missed a game or school function. He also had me and my friends working for the company every summer; taking time out of his day to educate me and my friends about the job at hand and life's issues every morning. That was very impactful. From the age of twelve I worked full time during the summers when I was not involved in sport; this was the start of a work habit that he has imprinted upon myself.

He further supported me through NFL training, tryouts and camps with the New England Patriots; for that I will be forever grateful. And when that dream was not realized we immediately began the next mission; making the business better year after year; while at the same time developing me into the future leader of the organization. We spent a tremendous amount of time together during this period and built a bond that would have not been possible if not for his fortitude.

Throughout my mother's decade and a half long struggle with drugs and mental illness my father was always available to assist me and my brothers as we supported her through dark times. Whether it was being there for us during her numerous attempts at ending her life or finding the proper Hospital or Recovery Program he was always involved.

To this day my father provides her with a beautiful apartment so that she can have her independence and continue to work on her sobriety. She has been sober for over five years now. He did not have to be there for my mother long after the divorce. Yet he maintained a commitment to her and it was a key impact on her maintaining a productive and fulfilling life, despite a bitter ending to the marriage long ago.

He had told me years ago that she is the mother to his children and for that he has love for her and that he could never abandon her if she was in need. That was and still is very meaningful to me.

My youngest brother Andrew has been in a battle with addiction since 2003. He's been abusive to our family and himself for a very long time; resulting in numerous incarcerations for a variety of crimes. To this day my father remains steadfast in his commitment as a father to my brother and his two children. Ethan (5) & Jacob (3)

Andrew's disease has had a negative impact on the family that cannot be put into proper detail within this letter. Having children now I can't fathom the angst that the lack of control over one's child's well-being must be causing him because it would kill me inside and out. Our father has continued to be there for him at every turn; long after everyone else has moved on.

He has been there for Andrew his youngest son; his baby boy for all that can be imagined; even letting Andrew and his young sons stay with him in hopes of fostering a rehabilitation in Andrew's life. It is without a doubt that Andrew still needs the support of his father. I have already committed to my father that I will be there more for Andrew if he is going to be away.

My brother is coming up on a year of sobriety and I do not think that would be possible if my father was not there for him. Andrew recently expressed to me over a phone call where he was apologetic for his way of life and credited his recent sobriety to Dad, for never walking away.

If my father had quit in 1998 and not put the required effort into our relationship I would have never developed to my full potential and would not be who I am today. My mother and brother are in better places now because he was there for them latter in life; despite not being there before. He never quit;

October 30, 2019

never got down on himself for his failings, or abandoned anyone in our family when they were struggling with hard times.

He never let the business falter or fail and because of that he has provided numerous acts of kindness to many people, many of these acts will undoubtedly be illustrated in other people's letters. One close to my heart is my god father Gary Heslin; who worked for us for nearly 40 years before suffering illness and strokes to the point where he is permanently disabled. The business for years and still to this day has Gary on our health insurance plan and he still has use of his company truck and cell phone.

My father Lee Ferguson is a good person and I am proud to say that he is my father. The actions for which he is pleading to represent an aberration inconsistent with the actions of integrity and support for which I have been witness to all my life. My father is by no means without flaw; but he is a loving father, grandfather, and conscientious citizen.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.

I will always be there for my dad just as he has always been there for me and many others; for the entirety of his life.

Sincerely,

Ryan L. Ferguson

# FRIENDS

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Dear Honorable Michael P. Shea,
I am writing this letter on behalf of our family friend Lee Ferguson. We have had the privilege of living across the street from Lee's Electrical Company for the past 10 years. We could not ask for a better neighbor. Our first interaction with Lee was late on a Saturday after when my son, Nico, was first learning to ride his bike. Being that Northwest drive is a busy street, Lee graciously allowed us to use the safety of his company parking lot to do so. A few years later he did the same for my daughter. We spoke for a while about his kids and his remembrance of teaching them to ride bikes as well.
The following year my son Nico started a Lemonade Stand with the proceeds going to benefit Make A Wish CT. We asked Lee if we could use his parking lot for people to safely park and attend the stand. I'm not sure if Lee knew what he got himself into but 10 years later he is still allowing Nico to use his parking lot to park monster trucks, fire trucks and other heavy equipment, as well as his front yard and the end of the driveway to support Nico's Lemonade Stand for make a wish. Without the generosity and support of Lee Ferguson we would never have been able to raise almost $100,000 for Make-A-Wish granting 10 wishes to children with life treating illnesses.
Apart from the support and friendship that he has given our family there is not one philanthropic event that happens in the greater Plainville community that Ferguson Electrical is not involved. He is a pillar of the community and has help many people and families along the way. I am lucky and proud to call Lee Ferguson a friend.

Sincerely,

Kyle Fasold
[redacted]

August 13, 2019

The Honorable Michael P. Shea
United States District Judge
U. S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Re: Lee Ferguson

Dear Judge Shea,

My name is Bob Heslin and I have been a friend of Lee Ferguson since grammar school growing up together in Plainville, Connecticut. I am the director of Procurement & Facilities at Loureiro Engineering Associates, Inc. located right next store to Lee's business. I have had many business interactions with Lee over the past 20 years while working at Loureiro.

My relationship with Lee has been unique because of our friendship as well as our professional relationship. Clearly our friendship stands out first and foremost. I have been very fortunate to have a handful of good friends in my 63 years on this earth and I proudly say Lee Ferguson is one of them. We started being friends in our early school years playing sports together and just hanging out with my three brothers. While growing up, Lee was often referred to as another brother in our family. Lee was very close to my brothers and me, especially with my brother Gary who eventually went to work with him for 40 years at Ferguson Electric.

One example of a TRUE friend:

I held an executive position at a previous job and was let go after working there for fifteen years. The company had hired a consultant group to decide a strategic plan moving forward after the events of 9/11. Out of the blue, seven managers were let go on a Friday afternoon and I was one of them. A person gave me a ride home in my no longer company car and dropped me off at the house I was building for my pregnant wife and family to be. On Monday morning, a car was delivered to my house and the driver had a message from Lee saying to use this car as long as I needed to. To this day, I am forever thankful to Lee for the kindness and compassion he showed me when I needed some help.

Second example of a TRUE friend:

My brother Gary previously mentioned in this letter suffered from a massive stroke a couple of years ago and almost died. Lee went out of his way to make sure everything was taken care of to comfort my brother. From visits to the intensive care unit/hospital/rehab/ and eventually being there for him as a supporting friend when he came home. I can assure you no other owner/friend does what Lee did for my brother in a critical time in his life. "A real friend is one who walks in when the rest of the world walks out."

Lee's contributions and support in our hometown of Plainville are second to none. Lee has been consistently supporting who and whatever the cause is from Little League Baseball to the Chamber of Commerce, to the Rotary Club, and others. My brother Gary and I are co-race directors of The Petit Family 5K Road Race. Lee has supported this event from day one since it was established 12 years ago. He supported us with not only his donations, but also by allowing us the use of his equipment and manpower to make this event successful every year.

In summary, Lee Ferguson has four sons. Over the past forty years I have seen him support each and every one of them no matter if they are in trouble or doing well on the job at work.

Definition of Loyal:
Webster states: adjective-giving or showing firm and constant support or allegiance to a person or institution.

I don't know anyone more supportive of his family and friends and his dedication to his business than Lee Ferguson.

Thank You for your time and consideration on this matter.

Sincerely

Bob Heslin

The Honorable Michael P. Shea

United States District Judge

U.S. District Court for the District of Connecticut

Abraham Ribicoff Federal Building/United States Courthouse

450 Main Street, Room 217/ Hartford, Connecticut 06103

The Honorable Judge Michael P. Shea,

I am writing on behalf of Lee Ferguson. My name is William A. Petit, Jr. and I live in Plainville, CT. I have known Lee from a young age as his Dad's electric company was situated in a small house directly across the street from us on Broad Street in Plainville. We met each other playing Midget football and Little League baseball in the 1960's. I am a retired physician and currently the President of the Petit family Foundation and am serving my second term as the State Representative from the 22nd District. I am writing as a lifelong friend and not in any official capacity. We grew up together playing sports and at Norton Park in town which was between our two homes. Lee was one year behind me in school and my 4 siblings know him as well as I knew his older sister.

Lee was always driven and a very hard worker learning those qualities from his dad Tom. He has always been an ardent supporter of our small town and has donated and supported many charities and events as his dad had done before him. As a well-known name in town almost all charities and events have reached out to Lee over the years for financial as well as in-kind support. Based on the company's name on many programs and ads for events, he has replied yes to many. As you might imagine I do not have a formal count of his efforts, but I am sure his company can provide that data. In supporting our 5K race since 2008 he was very generous in allowing us to use equipment and small supplies as well as some of his workers for set-up and electrical work at no charge. We would have struggled with wiring, sound, food and other systems without his support. He always did so with a smile and did so from 2008 through the present.

I was very sorry and troubled to hear of his conviction as he and his Mom and dad before him have worked hard to establish an effective and successful company. I am glad to hear he has chosen to take responsibility for his actions. Lee's Mom remains a close friend of our family and has driven herself up each year from SC to participate in our annual golf tournament well into her 80's. I am sure this is a huge blow to her after all her efforts in supporting the family's lifelong works. I hope you can take Lee's many good works in helping others in our community over the years in consideration. Thank you.

Sincerely, William A Petit Jr 8/14/19

William A. Petit Jr. MD

[redacted]

August 15, 2019

The Honorable Michael P. Shea
United States District Judge
U. S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Re: Lee Ferguson

Dear Judge Shea,

My name is Gary Heslin and I consider Lee Ferguson my best friend for the past fifty years. Lee and I have had a bond of brother ship since we first met in 1970. We have done everything together as family and friends from his first son Ryan who is my godchild to my daughter and still passing it on to the next generation. We have shared this friendship with each other through many good times as well as some trying times. Our bond stayed strong through everything and we support each other still today.

I began my employment at Ferguson Electric in 1974 as an apprentice working for Lee's father Tom Ferguson. Lee and I worked side by side in the field as journeyman for many years. Over the years Lee took over the business in the 80's and I continued on as a foreman in the field running various jobs throughout my career. In 2015 I could no longer physically work in the field for Ferguson due to a massive stroke I suffered and almost left this earth.

Lee's true friendship was extremely displayed during this critical time of need in my life. He not only supported me personally but also making sure everything was in order when it came to my benefits at work especially all the dealings with insurance companies. Lee didn't leave my bedside for a month while I was in the hospital. I was unconscious a lot during my stay but many times when I awoke my friend was there to say hi. After I got out he came by to see me at rehab and then my home. Lee continues to call me and check on me many times. I couldn't have progressed this far with my long road to recovery without my family and friends.

My brother Robert Heslin and I started a road race as co-chairmen for our classmate Dr. Petit twelve years ago in honor of his lost family. My friend Lee has been there every year for us as a number one supporter of this event. Giving us trucks, golf carts, high lifts and anything we need for our success.

Lee isn't only a great friend he is a great human being for mankind!

Thank you for your time and consideration. I am available 24/7 at 860 250 7726

Sincerely,
Gary E. Heslin
Gary Heslin

The Honorable Michael P. Shea
United States District Judge
US District Court for the District of Columbia
Abraham Ribicoff Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Re: Lee Ferguson

Dear Sir,

My name is Joanne Ferguson, and I have known Lee Ferguson for over forty years. From the outset I want to say that neither I, nor my late husband, are related to Lee, though the town is filled with Ferguson's, but despite that, over the years Lee has played a constant positive role in my, and my family's, lives.

Going back to when I first met Lee, I was working in a restaurant in Plainville that he would frequent with workers from Ferguson Electric. Normally a rowdy crowd, Lee was always pleasant, and would take the time to talk, showing a real interest in what was being discussed, often remembering asides from past discussions.

On one of those visits my future husband Kenny, was in the Ferguson group, and shortly after that we began dating. Almost every weekend Ken and I would go to the car-wash, downtown, a regular hang out where Lee would be with his boys, washing cars, talking to all that arrived, relishing his sons, and his co-workers, and Plainville. That the boys work for Ferguson today, and that the company is now being run by Ryan, his oldest, and more importantly still in Plainville, is something familiar and reassuring and the foundation of what Kenny saw in the firm.

Ken and I eventually married, and over the years Ferguson has been a part of our conversations given Kenny's long employment there, and his advancement form journeymen, to foreman, to superintendent. Kenny supervised some of the company's biggest projects and he and Lee had a strong relationship where Kenny could say his piece and feel heard. I know Lee relied on Kenny and that's why my husband wouldn't work anywhere else, he enjoyed Lee's support and gave the same back in kind.

In retrospect the key to the balance of working at, and in, Ferguson was Lee's management. Lee was accessible, almost always at the shop, and when he wasn't at the shop he was in Plainville enjoying the things we enjoyed. If there was an emergency and I needed Kenny, long before cell phones, I would call in and Lee would make sure that Kenny responded, often simply sending Kenny home. He had time for that, he had time to talk and listen, and he cared.

Though I knew Lee, I didn't expect that Lee play a role during one of the most trying periods in my life. In May 2016 my husband was diagnosed with stage four stomach cancer and was given two weeks to live. If only to show what Ferguson meant to Kenny, the first person he told was Lee Ferguson.

And his faith and loyalty was not ignored, Lee allowed Kenny, who was too ill to work, to keep his truck computer and cell phone, he also made sure we continued to receive insurance benefits and kept up the life insurance.

I think Lee's generosity, both financially, and in his personal time, allowed me the room to work to extend Kenny's life well beyond the two weeks, ultimately to sixteen months. I worked hard to help my husband in this period, emotionally and in care, and had I not had Lee's support I do not know what I would have done.

My Kenny finally passed in September of 2017, shortly thereafter Lee contacted me to request a meeting. In that meeting he helped arrange a financial advisor and to get medical insurance. I will never forget that kindness.

Today, aside from working at the local package store as a weekend manager, volunteering at the Plainville Fire Department as a dispatcher, rounding out twenty two years volunteering at the local Hospice, and dealing with four grown children, I still have time to enjoy my life and friends and relish in what I have enjoyed and experienced.

I am unsure if everyone has had a similar experience with Lee, but every time we meet I am again reminded of the fact that he really cared about Kenny, and does for Ferguson's workers, their families and this community.

I have heard a lot of stories about a man who does not resemble Lee, told by people who don't know the Lee Ferguson I have had the pleasure of knowing for over forty years. I am asking that you look beyond what people, who don't know Lee, are

**saying and put weight in the opinions of those who have seen what Lee Ferguson does daily, and more importantly in times of need.**

**I, and my late husband, are two of those people, I welcome you to contact me to learn firsthand about Lee Ferguson.**

**Sincerely Yours,**

Joanne Ferguson

**Joanne Ferguson**
**Plainville, Ct**
**860 558 2642**

The Honorable Michael P. Shea
United State District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

September 4, 2019

Dear Judge,

I am Robin D. Anderson Jr. a Financial Advisor, Vice President –Wealth Management at UBS Financial Services Inc. I have been in the business for the last fifteen years. Prior to that, I was a four year lettermen and starting Quarterback at Syracuse University. I was elected team captain by my peers in my senior year.

In my formative years I had the privilege of working for Lee Ferguson, but more importantly building a fatherly bond with him. With the untimely loss of my father in 2005, Lee brought stability to my life acting as a second father. He quite frankly believed in me when I needed it the most. And for that I'm eternally grateful and can with extreme confidence that what is being reported public is not a true representation of the man I've known for 35 years.

I always enjoy my time with Lee. He's smart and has always shown great insight in his business matters or my family's well-being. He brought clarity and innovation to our discussions, qualities that are refreshing and needed in his business. Recently I've fell ill this summer and Lee was consistently checking on me while in the toughest time of his life. He thought of me! Lee's dedication to his family, his employees and their families were always evident. I always came away from our encounters thinking how lucky the employees were to have someone of his caliber helping them think through the great challenges in the construction business.

I found Lee to be a man of integrity who always puts others before himself. His conviction is inconsistent with the character and integrity I observed through the last 35 years. Lee continues to encourage and challenge me to be the best man I can be by being a constant friend. A devoted, caring father and grandfather, Lee is also a strong role model for me in my own life. I consider him a part of my family and it is an honor to call him my second father.

Thank you for your consideration.

Respectfully,

*Robin D. Anderson Jr.*

Robin D. Anderson Jr.

Phone: 860-655-3459
17 Clarkridge rd. Wethersfield, CT 06109

Tuesday, September 3, 2019

To:

The Honorable Michael P. Shea
United State District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

My name is Niko Koutouvides and am writing this letter on behalf of Lee Ferguson. Lee has played many roles throughout my adolescent and adult life. Through these experiences I was able to thrive in my multiple careers. The first, was in the sport of football, I was fortunate enough to get a full scholarship and play division 1 football at Purdue University. Using my skill sets, discipline and hard work I was able to excel in college football to have an opportunity to play in the NFL. On April 25th, 2004 that dream came true and with the 116th pick, I was drafted in the 4th round by the Seattle Seahawks. Defining the odds, I was able to maximize my NFL career by being team captain in Super Bowl 40, playing in Super Bowl 46 and playing 9 years in the NFL. Upon retiring in the NFL, I utilized my resources and interned for a developer to gain exposure in the real estate profession. When I retired in 2013, I became principal of Skala Partners and Skala Construction which is an opportunistic real estate investment, development and management company. Skala prides itself on unearthing both redevelopment and repositioning opportunities in the greater Connecticut and Westchester County real estate markets. Today we have developed and constructed close to a 100 million dollars in real estate. The Skala business are thriving and the culture established at my firms is a true testament of my upbringing.

The Ferguson family was our neighbor growing up in Plainville, CT. I grew up with two older brothers and the Ferguson Family of four boys. As we were all close in age the synergy between the families was very strong. Lee, being the dependent of his family had a strong influence on all of the neighborhood kids. Lee was born and raised in Plainville, CT his entire life. Lee's father started the electrical business in 1925 and it was a natural fit for Lee to work within the Company. Lee played sports throughout high school and eventually worked for his father Company. Lee's work ethic and knowledge of the electrical business allowed him to thrive. He took his father's small electrical company and turned it into a prominent New England sub-contractor Company. Lee naturally knew how to command a room and always thought outside of the box. Growing up around Lee, he had a strong presence and was a role model to most of the kids in the neighborhood. He taught us always to be respectful, discipline, responsible, hardworking and loyal. I can remember when Lee took us on a trip to Loudon, NH and we stopped to get fast food because all of the kids were hungry. As we got back on the interstate and I was finishing my meal, I opened the window and threw some trash out the window. Lee, immediately pulled over, put the vehicle in reverse and we picked up the trash we threw out. At that point he taught us, about living in the best Country in the entire world and taken care of it like it was our own personal home. At this moment, I realized how foolish and lazy it was to liter in our streets. This was one of many life lessons Lee had taught me.

As I reached my high school days, I built a very strong relationship with Lee's oldest son Ryan. Ryan and I would spend a lot of time together along with Lee. Lee shared a lot of experiences with us and treated us like men at an early age. He provided us with summer employment to teach us the value of money. These summer jobs were all labor based and heavy lifting tasks. Lee obviously purposely put us

in these environments to test our fortitude and work ethic. By doing this, it taught me the importance of getting a strong education. Working like this for the rest of my life would not be in my career plan. This is how Lee influenced me and others, he pushed us out of our comfort zones an made us dig deeper than had anticipated. Lee consistently applied this structure on me throughout the years which instilled these characteristics within me.

Lee's support for his children, friends, employees, and community have always been second to none. No matter if you betrayed Lee previously, he always found it in his heart to help others. He has given many of his employees' second and third chances, supported his children in any career path they have chosen and treated his friends like his family. He has supported me and my foundation throughout my career in any way he can. He gives back his time, equipment, materials and economic support to the Plainville Community and supporting foundations. He will always be my neighbor, a friend, but more importantly, an integral piece to my success.

Best Regards,
Niko Koutouvides
Skala Partners
Nikostelios@skalapartners.com
860-517-9423

[redacted]
Farmington, CT 060632
September 9, 2019

The Honorable Michael P. Shea
United State District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Dear Honorable Michael P. Shea:

Thank you for giving me the opportunity to give this letter of reference on behalf of Mr. Lee Ferguson. My husband, Bill, and I have been in the aircraft buying and selling business since 1986 and our business is located in very near proximity to Ferguson Electric in Plainville, Connecticut.

We have known Lee since we've been children, so it's safe to say we've been friends for about 60 years! We began as friends in grammar school at Wheeler Elementary School in Plainville, Connecticut and have been friends ever since. We all had children that were born on or about the same years and have spent holidays and vacations together as families. Our children grew up with the Ferguson children, as our back yards abutted one another. We had the pleasure of many sports activities together as well. Lee has always played an extremely integral part in the lives of his children. He was the parent who was the driver to and from school and sporting activities as well as a huge supporter of all of his childrens' events. His boys were extremely involved in sports, including football, baseball and swimming, as I recall.

As the children grew into adulthood, our friendship continued. Our grandchildren are now playing together on a regular basis. His secure relationship with his children has now moved on to including his grandchildren. Once again, he is proving to be a huge supporter of them as well!

For many years, I was on the Board of Directors of the Plainville Community Food Pantry, which is an agency dedicated to the well-being of Plainville residents. Lee has participated in many of these events in the way of donations to our back to school program and our fuel bank program. He has always been very generous in his support.

**I thank you for giving me the opportunity to speak on Lee's behalf, and ask that you take my reference into consideration.**

**Regards,**

**Carla Zettergren Bergenty**

[redacted]

Allyson Kounaris
[redacted]
Newington, CT 06111

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

9/8/2019

Dear Sir,

My name is Allyson Kounaris, and I feel privileged to have the chance to expound on the character and substance of Lee Ferguson, a man I have known for 11 years. I am an entrepreneur with my main business being IT management consulting, and as such, have had a great deal of interactions with all types of people. I don't claim to be a professional, I'm not a psychologist—but I do think I have the experience to identify good people — those imperfect people with character, humility and morality.

I met Lee Ferguson by chance....and became friends with him.... by choice. He is my neighbor of sorts....spending a bit of time in my complex, The Woodlands of Newington. The man I know is a family man, a friend to all, a great boss, a concerned neighbor and a man of compassion. I don't make these assertions glibly – I have many examples to substantiate my claims.

My father has been ill for about 10 months—in that time, I have not seen Lee or spoken with him where he has not taken the time to inquire about my Dad. About 2 years ago – our kind neighbor, Frank passed away – it was Lee who knocked on my door to organize donations for the family. Once when I had sold a car prior to purchasing a new one, Lee noticed and offered me the use of a car until I found a new vehicle. Lee is always quick to offer help... I was having a great deal of difficulty getting my curio lights to work – Lee quickly fixed them for me.

Through the course of my friendship with Lee, I've run into him early in the morning, walking the dog prior to heading off to work at an ungodly hour, and wondered .....if I were in his situation would I be working this hard? His work ethic is admirable and a great example for his employees and sons.

If I had to measure the man, I wouldn't measure his business success, wouldn't include his real estate holdings, I wouldn't use his wealth as a measurement – my yardstick would be the children he has raised and the respect and love he has garnered.

Although a myriad of kind gestures and good deeds does not a perfect man make ....the collective actions I and others spoke of, should serve as evidence as to the personality traits and type of person Lee Ferguson can claim as true. I sincerely hope that my heartfelt letter assists my friend.

Thank You

September 2, 2019

The Honorable Michael P. Shea
United States District Judge
U. S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
150 Main Street, Room 217
Hartford, Connecticut 06103

Judge Shea,

My name is Anthony Joseph Doucette and I currently reside in Forestville, Connecticut. I am seventy-five years young, married for 48 years and have two children. I am a USAFSS veteran who proudly served my country from May 1965 to May 1969 serving 12 months in Vietnam. I have always held a "Top Secret" security clearance which should speak to my integrity. Upon my discharge I attending college and then pursued a career in the field of computer banking. I worked for Connecticut On-Line Computer Center, which at the time was located on 999 Asylum Ave in Hartford from 1970, until retiring in 2007. I held the position of Vice President of New Business Development. During this time, I attending numerous courses on people management and through the years have developed a good judgement of people's character, sincerity and their integrity.

I have known Lee Furguson personally for over twenty years through my son AJ who is currently an employee of Furguson Electric since 2001. I have attended many company functions and never have I heard a bad comment about Lee from any of the employees or the local community. Since taking over the business from his father, Lee has worked hard over the years with moving the company to where it is today and has gained the respect of the employees and the community. Lee comes from an upstanding family in the town of Plainville. I grew up in Plainville and I can remember my father talking about the Furguson family and how much the family has contributed time and probably money to families in need. Lee has followed in his father's foot steps when it comes to the employees, his family, friends and the community. My son and I hold the utmost respect for Lee to this day as a person, a friend and someone who cares about his family and the local community.

I hope this information about Lee is helpful to you in making your judgement.

Sincerely,

Anthony J. Doucette

Anthony J. Doucette
[redacted]
Forestville, Connecticut 06010

# PROFESSONAL ASSOCIATES

Drs. Camp, Sambor & Lupini
CSL

General & Implant Dentistry

Central Connecticut Dental Group
359 Farmington Avenue
Plainville, CT 06062
Phone: 860 747-5761
Fax: 860 747-6964
www.centralctdental.com

Francis P. Camp, D.M.D. Ralph K. Sambor, D.M.D. Stephen V. Lupini, D.M.D.

August 14, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street Room 2017
Hartford, Connecticut 06103

RE: Mr. Lee Ferguson

Dear Judge Shea:

My name is Dr. Francis P. Camp. I have been practicing dentistry in the town of Plainville, Connecticut for more than forty five years. A small town of twenty thousand, I have had the good fortune to become acquainted both socially or professionally with the majority of its residents.

Upon opening my practice in Plainville I had the good fortune of meeting members of the Ferguson Family. The entire Ferguson Family have been patients at our dental practice since its inception. Lee's father, Thomas (deceased), who founded Ferguson Electric, and his mother Jackie (still a patient) are well-known and respected members of our community. It was a foregone conclusion that as their son, Lee, became the "heir apparent" to the family business.

Lee took over the business approximately thirty five years ago. Through his dedication and hard work, he painstakingly and successfully transformed a small "mom and pop" electrician store into a large multi-service corporation- providing employment opportunities for many local residents. Lee is a well-known and well respected businessman in our community. As President of Ferguson Electric, he and his company have made substantial donations and logged countless hours supporting local high school athletics and donating to numerous other charities in our community. Everyone in Plainville knows that if your organization needs anything (donations, pro bono electrical work) just call Lee and he will help you.

In addition, Lee is a dedicated family man. After the passing of his father, he made certain that his mother would live out her remaining years comfortably. He basically raised his sons alone, giving each of them the opportunity to carry on the tradition of the family business. BOTTOM LINE: Lee is a hardworking, energetic

Drs. Camp, Sambor & Lupini
CSL

General & Implant Dentistry

Central Connecticut Dental Group
359 Farmington Avenue
Plainville, CT 06062
Phone: 860 747-5761
Fax: 860 747-6964
www.centralctdental.com

Francis P. Camp, D.M.D. Ralph K. Sambor, D.M.D. Stephen V. Lupini, D.M.D.

overachiever that dedicated his life to his family and his business. Members of this small community respect where he came from and what he has accomplished. I would trust him with my LIFE.

Respectfully Submitted

Dr. Francis P. Camp

Loureiro

Engineering • Construction • EH&S • Energy
Waste • Facility Services • Laboratory

August 16, 2019

**The Honorable Michael P. Shea**
**United States District Judge**
**U.S. District Court for the District of Connecticut**
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Dear Judge Shea:

My name is Brian Cutler and I am the President of Loureiro Engineering Associates, Inc. (Loureiro) and our corporate headquarters property abuts the property of Ferguson Contractors in Plainville, Connecticut. I have known Lee Ferguson for over 20 years and our relationship has been of a professional nature. Since being promoted to the President of Loureiro nearly 10 years ago I have often sought out Lee for professional advice and have come to consider him a mentor.

I can recall the first time I actively sought out Lee's advice on matter. Our construction subsidiary, Loureiro Contractors, Inc., was the apparent low bid on a nearly $8MM project and we were notified by the owner that they were going to select a much larger competitor of ours to complete the work and the reason provided was that it was in the owner's best interest to select the other contractor. The advice I received from Lee surprised me. He bluntly stated, get used to it. At that time I had only known Lee through the eyes of others and went into the meeting thinking I was meeting with a man that was going to provide me counsel on how to challenge the public bidding system. He presented as knowledgeable and thoughtful and went on to cite a number of analogous situations and indicated it was his experience that an owner, even in a public bid scenario, could select essentially which bidder they wanted to work with. He then counseled me to keep bidding, we will win our fair share, and not to take any legal action as it would do nothing other than tie up the project and best case scenario result in a rebid. Months after I decided to not pursue any action we were provided an opportunity to bid again to the owner, we were awarded the work, and now have completed a few other projects for them and are considered a preferred vendor to them. Lee's advice was critical in my decision making. There are numerous other instances over the past decade.

Before drafting this letter I considered my experiences with Lee and what I could offer to someone that does not really know him that would be insightful and meaningful regarding his character. There is one particular instance that came to mind as I believe it best represents what I personally believe to be a conundrum regarding Lee. Specifically, that of strongly differing opinions of Lee as an individual. As I have gotten to know Lee and others in the profession, I have heard that Lee has a reputation as a hard negotiator of change orders and some have offered to me that the reputation precludes his firm from being considered for work. I chose to engage Lee for advice

Loureiro

Engineering • Construction • EH&S • Energy • Waste

on change order negotiation as we were in a particularly bad project where change orders were mounting and our gross margin on the project was decreasing. To some, my actions appeared desperate and one member of our leadership team cautioned me against "going to far".

When I asked Lee for his approach to change orders he stood up and asked me to follow him. We entered a room about 10 by 15 feet that was filled with desks and stacks of paper. Lee said, "it's all in here". He went on to detail a step-by-step process starting with the contract provisions and following those provisions to arrive at an agreeable contract modification for the changed conditions. If we were unsuccessful, his advice was to proceed on a time and materials basis but make absolutely sure we tracked each and every hour of labor, equipment and material that went to the change order and charged the owner for all of that. Sound advice but to an owner or an engineer defending their design and being faced with increasing costs, perhaps harsh and unreasonable. Same circumstance, two differing opinions of his actions.

I selected the above experiences as I think each provides some insight into Lee. I have heard of his reputation and I have had the opportunity to have business associations with some that know him as a competitor or as a contractor working for an owner that they represented. I personally have had the opportunity to sit with him, in private, and engage him on substantive issues where he had every opportunity to present to me an approach that lacked integrity or in some way could have led me to challenge his moral character. I have sought him out dozens of times and I have never once received advice that caused me to believe he lacked a strong and positive moral character or observed him to lack integrity. What I have observed and encountered in each interaction is a highly intelligent and very driven individual with strong opinions that looks out for his company and his employees. It is through those numerous encounters that I have developed a relationship where I consider him a mentor and will continue to seek out his advice on important matters affecting our business.

If I can be of any further assistance to you, please do not hesitate to contact me at 860-747-6181 or via e-mail at bacutler@loureiro.com.

Sincerely,

**LOUREIRO ENGINEERING ASSOCIATES, INC.**

Brian A. Cutler, P.E.
President

Alliant

July 31, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Re: Lee T. Ferguson

Dear Judge Shea:

I am Linda Mattes, a resident of the State of Connecticut for the past 51 years. I currently reside with my husband in Chester Ct. I am a Mother and a Grandmother. I am employed as a Construction Risk Manager for one of the largest independently owned insurance brokers in the United States, and hold a Chartered Property Casualty License in several states. The National Professional Designation I have held since 1997, Charter Property Casualty Underwriter (CPCU), is currently only held by 4% of all of those employed in the insurance industry in the United States. It's one of the most distinguished designations offered in the industry, bound by a Professional Code of Ethics. I have also maintained, since 2003, the Certified Risk Manager Designation (CRM). A designation that is widely recognized as a qualification that demonstrates expertise and credibility locally and internationally in the risk management community.

I have known Lee both professionally and personally for more than 30 years. I was just starting my career when I met Lee. As you can imagine, thirty years ago being a woman in a male dominated industry had its challenges. Lee was aware of my commitment to the construction industry as well as my personal situation, a single mother. Lee allowed me an opportunity to provide his company with risk management programs and solutions, when others may not have. Ferguson Companies enjoyed an excellent reputation. Any broker would have been grateful for an opportunity to align themselves with such an outstanding company with such fine leadership. Ferguson Companies was known to all as a signature account and a notable force in the trades.

He challenged me to provide the most comprehensive programs providing the best protection to the ones that mattered most to him. It was no secret these were his employees and family. He based his decisions on what best protected all. Maintaining a safe work environment was always paramount. His investment in safety protocols surpasses most. He has always fostered and endorsed education to achieve these goals. When a claim did occur whether it be from a work related injury or an illness, he wanted the best services available to assist the employees and their families. He always opted to continue wages when he was not obligated to do so. He never wanted an employee to experience additional stress. His compassion has never wavered.

Lee has always conducted himself in a professional manner with the utmost respect for all stakeholders. He strives to provide the best work environment for all employees. His leadership, accessibility and incredible work ethic formed the foundation allowing Ferguson Companies to be included in the prestigious list of ENR Top 500 Contractors throughout the country.

He has been instrumental in getting projects off the ground that may not have otherwise. His contribution in CT has allowed for the betterment for numerous schools, universities, town & city buildings, hospitals, libraries, and museums, to name a few. His standard of excellence is evident in each and every project he completes. The State of Connecticut as well as several private owners have benefited tremendously from his work.

Alliant Insurance Services, Inc. • 40 Stanford Drive • 2nd Floor • Farmington, CT 06032
PHONE (860) 269-2150 • www.alliant.com • FAX (860) 284-0003

Alliant

Lee's guidance has helped hundreds of aspiring electrical, mechanical and plumbing apprentices achieve their career goals and reach great personal and financial success.

Lee and his company have always supported his peers, as well as the industry. For several years, Ferguson Companies along with the CT Association of Builders and Contractors have helped to provide an opportunity for our local high school students to participate in construction career days. I have personally witnessed several students who thought they may not have a direction, find passion.

Lee's loyalties run long and deep. My respect for him is immense. He has touched the lives of so many, in such positive ways. His love for family also speaks volumes. This community would surely be at a loss without him.

Sincerely,

Linda Mattes

Linda Mattes, CPCU, CRM
First Vice President
Construction Services Group

Alliant Insurance Services, Inc.
40 Stanford Drive
Farmington, CT 06032

Work: 860-269-2158
Cell: 860-306-9891

August 14, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Re: Lee Ferguson

Dear Judge Shea,

My name is Jeff Loureiro and I'm writing this letter in reference to Lee Ferguson. I'm a Professional Engineer and Licensed Environmental Professional in Connecticut and CEO of Loureiro Engineering Associates, Inc. which is headquartered in Plainville, Connecticut. I grew up in Plainville and graduated from Plainville High School in 1973, one year before Lee. Although I didn't know Lee well in High School, Plainville was a small town and we had several mutual friends. After High School, I moved to Boston to attend college and Lee along with several of our mutual friends began to apprentice as electricians at Ferguson Electric (Lee's dads' company). Over the next ten years I heard many stories from our mutual friends about the great job Lee was doing growing and developing Ferguson Electric and how appreciative they were for the opportunities Lee was providing them, and many other Plainville kids, to become licensed electricians.

I moved back to Connecticut from Boston in 1983 to work for my dad's engineering firm which was located in Avon, Connecticut. In 1988, we moved the business to Northwest Drive in Plainville, thereby becoming neighbors with Ferguson Electric. Over the last 30 years there have been many times when we had an electrical problem with the building and we called Lee for help. Lee would always respond himself (or he would send someone to help) even after hours, on weekends and holidays. We could always count on Lee and most of the time he wouldn't accept payment for this work.

Loureiro Engineering is owned by its employees through an ESOP and we do a community service project each year to celebrate the ESOP and give back our local community. These projects are selected and designed to be completed using a large number of our staff during a single weekend in October. I recall a project a few years ago which was the construction of an outdoor classroom for the Wheeler Clinic. We had purchased all of the materials from Hartford Lumber and they were unable to deliver them to the site until early (7 am) Saturday morning of the planned construction weekend. All of the necessary materials were delivered on time except for a dozen or so critical connection plates which we would need within the first two hours of the build in order to continue work. We called Hartford Lumber about the missing connectors and they offered to drive to a vendor in New York to get the parts then bring them over to the construction site. We had over 70 people on-site and ready to work so waiting for the parts to get picked up in New York and brought to the site wasn't going to work. We took a shot in the dark and called over

to Ferguson for help and of course Lee was in the office working. A few years earlier he had constructed a metal fabrication shop at his location in Plainville. Lee told us to make a sketch of the connectors and bring it over to his shop and he would call in one of his employees to fabricate the connectors for us. We did and, long story short, Lee delivered the connectors to the project site before 10 AM and we were able to complete the classroom over the weekend as planned. A catastrophe avoided thanks to Lee, and as usual, no bill.

Over the last 30 plus years, I've watched Lee build a formidable business through his hard work, and in so doing, provide excellent jobs in the electrical and mechanical trades to many members of our local community. Lee has been a fantastic neighbor who could be relied upon to help where needed no matter the imposition, never asking anything in return.

In summary, my experiences with Lee have shown him to be a very hard working, high character guy, loyal to his family and friends and willing to help where and whenever needed.

Sincerely,

Jeff Loureiro

**James B. Nelson**

**From:** James B. Nelson
**Sent:** Monday, September 9, 2019 3:26 PM
**To:** James B. Nelson
**Subject:** FW:

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut

Your honor,

I am writing this letter on behalf of Lee Ferguson. I have the benefit of knowing Lee personally & professionally. I first met Lee almost 30 years ago when I was just starting my career as a Surety bond agent. I met Lee at a construction industry association meeting. I was aware that Lee ran a large, successful operation. I introduced myself and as a new surety agent in my mid 20's I'm certain that I came across young and eager but not someone that would immediately impress a seasoned construction person who owned a large successful company, like Lee. With that said Lee gave me the opportunity to speak with him. From the moment I met him he was respectful and patient. Almost immediately it became clear that he was passionate about the construction industry, his company and most of all his employees. He was clearly driven and understood the responsibility associated with running a growing 3rd generation company. This is significant in an industry where few businesses can even successfully transition to a second generation. "Unfortunately" for me I also learned that Lee was extraordinarily loyal and that he had a long time bond agent with whom he had a strong relationship. While I realized Lee had no intention of giving me the opportunity to write his business he was more than willing to make himself available if I had questions about the industry. He was generous with his time and very supportive of people who showed genuine interest in the construction industry especially those who believed in the core tenants of the Associated Builders & Contractors which was defending open and fair competition. This was an important point as Lee's company, Ferguson, was an open shop company (non union) in a State (Ct) that still had project Labor agreements which gives an advantage to Union Contractors. I came to understand that because of his sense of responsibility to his employees he would work tirelessly to improve the efficiencies of his company to allow Ferguson to be as competitive as possible.

I stayed in touch with Lee as I admired his passion for the industry and his company. Eventually I had the opportunity to handle the bond business for Ferguson as a result of the retirement of his long time bond agent. I began handling the bonds for Ferguson more than 17 years ago. During this time Lee and his people have always treated me and my staff with respect. In my business it is not unusual for clients to view what we do as simply transactional. Lee and his company treated us as trusted advisors. This is the same type of respect he shows his employees. He has always made them understand that each of them is vital to the success of the company. Just recently I was in a situation where I overheard a discussion between 2 people who were discussing their jobs. When one of the individuals was asked what they do the answer was , "I work for a Construction company". The individual said how much he loved his job and the person he worked for. I then heard him say he worked for Ferguson. After the 2 parties ended their discussion I went over and introduced myself. I asked him how long he had worked for Ferguson and he let me know that he had been there for more than 30 years. He then mentioned Lee by name and explained that Lee took incredible care of the employees and that there were many long term employees. I then told him my relationship with Ferguson. He went on telling me how great the company is etc... The point is that , before even knowing that I was involved with the company he was gushing over his employer and how he felt appreciated by the owner. This was not the CFO or operations leader, this was simply an electrician in the field , in a company with hundreds of employees but he felt like Lee Ferguson cared about him as a person. Because of what I have come to know about Lee I know that this persons belief was true, Lee does care. I have had the opportunity to see this individual again after the news of Lee Pleading Guilty and I asked this

employee how he felt. He said that he didn't understand exactly what Lee was pleading guilty to but he said he would never believe that Lee did anything to intentionally hurt the employees of Ferguson. He intended on staying with Ferguson Companies. I have since learned that this individuals tenure of decades and his belief that Lee puts employees first is the rule rather than the exception. Another thing that has become apparent is that Lee was a leader who looked beyond his own tenure as he prepared his key people to run the operation into the future. While the timing was not what anyone would have predicted he appears to have done an excellent job as his son Ryan is now the 4th generation to run Ferguson. Ryan in conjunction with Joanne Erdman, and others are now moving the operation forward even in the face of what has been the shameful departure of Lee. I don't pretend to know the details of all that occurred but I know what the papers said and what people have heard and read. Remarkably even in the face of this the Ferguson employees believe that they were Lee's priority and that the new leadership will continue to deliver an excellent product so that Ferguson remains a sustainable company taking care of it's customers, employees & their families for years to come.

The above is primarily my observation as a business associate of Lee's. While I can offer a number of personal stories that reflect who I believe Lee is, one in particular stands out. In the Summer/ Fall of 2011 I was going through a very difficult time personally. It was an issue that had an impact on all aspects of my life. Lee became aware of the issue even though he and I had never really discussed it. During this same time , Lee's son was getting married. My wife and I received an invitation which I hadn't expected but was honored to receive. What was astounding was that when my wife and I arrived at the reception we were escorted to the head table where our seats were located next to Lee. This is the type of person Lee is. I was facing a difficult situation and while there was nothing in it for Lee he made this gesture which was simply "Lee being Lee", which is to say kind and compassionate. From my experience I have never witnessed Lee treating everyone he meets with anything other than kindness, patience and interest.
Lee Ferguson is human and I know lots of humans and in my opinion if we had more humans like Lee the world would generally be a better place.
I hope that what ever occurs, Lee is not denied the ability to use his energy, brains & passion to benefit the construction industry as well as to continue to be a relevant and important part of his Children's and grandchildren's lives.

Sincerely,

Jim Nelson

William J. Tracy Jr.
Michael C. Daly
Timothy W. Furey
Patrick J. Cooney
Matthew D. Dyer

Charles L. Furey (1924-2004)
Theodore M. Donovan (Ret.)

LAW OFFICES

**FUREY, DONOVAN,**

**TRACY & DALY, P. C.**

43 Bellevue Avenue
P. O. Box 670
Bristol, Connecticut 06011-0670
(860) 589-4343
Fax No. (860) 583-8674

www.fureydonovan.com

mdaly@fureydonovan.com

September 16, 2019

hhoelter@ncianet.org

To Whom It May Concern:

I have been a lawyer in Bristol, Connecticut for over 36 years. The Bristol and surrounding communities of Plainville and Southington rely heavily on a number of family businesses which have grown and prospered over the years. They have provided in the past and still provide jobs, financial support for our civic needs, and are often the pillars of our towns.

Lee Ferguson is one of those people. I have known Lee for over two decades. Lee has survived the tough times and there have been many. During those times, he has kept many people employed and working, and I know when he had to lay off workers it was only as a last resort and personally painful for him. His employees have expressed this to me. Lee has already made significant restitution as I understand and has taken full responsibility for his actions.

It is my hope for Lee as well as our community that he can return to what makes him so valuable to us as a community as soon as possible. Thank you.

Very Truly Yours,

Michael C. Daly Esq.
Furey, Donovan, Tracy & Daly P.C.
43 Bellevue Avenue
Bristol CT 06010
(P)860-589-4343 ext 140
(F) 860-583-8674

En:

To: The Honorable Michael P. Shea

United States District Judge

U.S. District Court for the District of Connecticut

I am Charles Madigan Jr., I am married and have a daughter, my family resides in Plainville Ct. I currently work as an Inspector Supervisor for an Engineering firm and I am the President of a charitable foundation that I started.

I have known Lee Ferguson for over 50 years. When I was ten years old I was working on Mr. Ferguson's race car, that is where I learned at a young age what hard work is and the work ethic I have today. He was a mentor to me at a very young age and that has helped me become the man I am today. He was such a valuable influence in my life growing up and when I had a tough decision to make I always turned to him for advice. He guided me through college decisions and provided me with a job to support myself when I had to leave college and personally taught me to become an apprentice electrician.

When a formed the foundation that I run the first person I went to see was Mr. Ferguson to aid me in getting in up and running, he always taught me that giving back to the community was very important. He soon became the largest sponsor which aided us to support High School athletes with college scholarships totaling to date over 20,000.

In our community there is Nico's Lemonade stand to benefit Make a Wish, Mr. Ferguson is always let the community use his equipment and facilities to support the event in any way he can.

Our Daughter also has a special bond with Mr. Ferguson as he is always there with guidance and support of life's situations.

Personally, whenever I needed a helping hand he was there to guide me, through broken pipes in my house to life's up and downs. As I reflect on my life I have no doubt that Mr. Ferguson has helped me become the man I am today. A true lesson is that you do everything 100% or do not do it at all, be kind to others and give back. At an early age two of our close friends were in a motorcycle accident, he went out of his way every day to pick me up to visit them as I was too young to drive.

In summary Mr. Ferguson has always taught me to make the right choice and always have time to discuss those decisions with ones close to you.

Sincerely,

Charles Madigan Jr.

# EMPLOYEES

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Dear Justice Shea,

My name is Thomas Wilt and I am writing as a character reference for the proceeding involving Lee Ferguson. I have been an employee of Ferguson Electric Company since 1994 and have been under direct supervision of Lee for the duration of my employment. I look up to Lee as a professional mentor and am grateful for the opportunities for professional and personal growth I have had under his tutelage over the past 20+ years.

I first met Lee in 1991, while I was working for another company, Digital Equipment Corporation. Our contractor backed out of a project, and with nowhere else to turn, Ferguson Electric, more specifically Lee, was recommended to me as a contractor who could get the project done. Three years later, when it was time for me to seek another job, I remembered the experience that I had working with Ferguson Electric, and reached out to Lee to see if there were any openings. A few months later, I began working for Lee.

Working at Ferguson Electric has not just been a 9-5 job for me. Under Lee's mentorship and guidance, I have grown professionally in ways that I could never have imagined. Lee taught me first how to be a project management for electrical contracting, and years later, when an opportunity presented itself within Ferguson Mechanical, Lee taught me how to be a project manager for mechanical-based projects. During this training process, I knew I could go to Lee with any questions I had. When another employment opportunity presented itself in the early 2000s, I presented the job to Lee, and he understood that I needed to take the job to try a different area of construction, project design and consulting. Nearly two years later, when it was clear that the new job was not a fit for me, Lee allowed me to come back to work for him. Lee's willingness to allow me to try a different career path, and his loyalty in allowing me to come back and work for him when the opportunity did not pan out, shows that he is dedicated to the professional growth of his employees.

Furthermore, Lee has always made time for me and has been loyal to me as an employee. I can remember multiple times where I was going back and forth with a client, and rather than blindly siding with the client, Lee heard me out and stood up to the client when he believed I was correct.

On a personal level, Lee has always asked about my family and makes sure my family is well. When my daughter had surgery back in 2012, Lee allowed me to adjust my schedule to help my daughter in her recovery. When I had surgery this past June, Lee checked up on me through my recovery. Even when I returned to work, Lee made sure to find individuals to do more physically based tasks around the office, as my mobility was limited for a month.

Lee has certainly had a positive impact on my professional life. His loyalty to me and my family, dedication to helping me learn skills to make me successful, and general interest in my well-being, all contribute to the reason I have continued to work for him for over two decades. I am truly grateful for all the opportunities he has provided to me over the years, and he has been one of the best bosses and mentors I could ever have asked for.

Thank you for your consideration of my thoughts regarding Lee Ferguson. If you have any further questions regarding my interactions with Lee over the years, please do not hesitate to contact me via phone at (860) 250-7756, or via email at twilt@ferguson-ct.com.

Best Regards,

Thomas W. Wilt

The Honorable Michael P. Shea

United States District Judge

U.S. District Court for the District of Connecticut

Abraham Ribicoff Federal Building

United States Courthouse

450 Main Street, Room 217

Hartford, Connecticut 06103

Your Honor,

My name is Michael Rose, I have worked in different capacities for Lee Ferguson for seventeen years. In that time I have come to feel like as much a friend as an employee. I have spent social time with him outside of work including attending his son's weddings. It is this interaction with Lee beyond that of a typical employee that makes me both comfortable and qualified to stand up for his character.

Lee built his parents small business into two large and successful contracting companies in a relatively short amount of time by devoting an enormous amount of time and energy to his business. I personally know that before removing himself from the business he was typically one of the first people at work in the morning and always the last one to leave in the evening and rarely missed a Saturday. His personal dedication to the business not only cultivated success but also inspired his many dedicated employees to strive for collective success.

Lee always had an understanding of the importance of each individual employee's role as part of the whole team. An appreciation for everyone's contributions combined with his genuine bond with people are evident as Lee interacts with his team. One way Lee shows his gratitude for a devoted work force is through compensation. My fellow employees enjoy wage or salary rates that are at the high end of the industry standard. We pay a relatively low amount for our health insurance. A large number of employees enjoy the benefit of a full time company vehicle, while many others receive a gas card and are compensated for mileage for their personal vehicles used to commute to work. Ferguson employees also enjoy a generous number of paid holidays, a 401K plan, and annul paid time off.

Compensation and benefits aside Lee always cultivated a casual work environment at the office and in the shop. He always made himself very accessible by frequently walking through the building interacting with people both on a business and personal level. Lee also provided an open door policy in his office where anybody was made to feel comfortable approaching him to discuss business or a personal matter. On any occasion that Lee visited a jobsite he would walk through shaking hands and engaging in casual banter with everyone wearing a Ferguson hard hat.

Lee has a strong sense of community. He insists on using local vendors for supplies, materials, and services whenever possible regardless of cost difference. Lee regularly donates money, services, or use of our facility to a large number charities and nonprofit organizations in our community.

I would like to conclude by saying that before Lee removed himself from the business I always enjoyed going to work on Saturdays because with minimal people needing his attention he would engage with me in a more casual manner, whether checking in on a NASCAR race in the kitchen or talking about our families or pastimes.

Respectfully Yours,

Michael Rose

Dear Honorable Michael P. Shea

My name is Christine Cajigas I am 42 years old, I am an administrative assistant at Ferguson and have been employed there for 20 years. I consider Ferguson my extended family, I worked with Lee on a daily basis. Lee is one of the most hardworking, funny, kind, considerate and generous people I have ever known. When I first started at Ferguson I did not have a driver's license or a vehicle, a couple years later I finally had gotten my license. I had asked Lee if he would consider loaning me money for a down payment for a vehicle and Insurance. Lee did not hesitate, I could not believe that he actually said yes. I was very grateful to him for helping me. Lee has also helped me out on several other occasions including a down payment on my home. also when I was out on maternity leave, Lee made sure I did not go without a paycheck and he also took care of my insurance. Lee cares about each and everyone of his employees.

I cannot even express my love and appreciation for Lee, he has been there for me more than my family has. Lee had even attended my wedding which meant the world to my husband and I. It has been touching to see Lee's children grow up and working at Ferguson. Watching Lee teach them and them to be as dedicated as he is. His grandchildren also come by to visit it is so sweet to see Lee interact with them and hear them laugh and giggle with their grandpa Lee. In my many years at Ferguson I have seen Lee donate to many organizations. Lee donates one every year in honor of his father, It is for a scholarship. Many people and organizations calls for favors, Lee does not hesitate. Lee donates to the Plainville Fire House, which one of our employees is the Fire Chief. We have had many employees + employees spouses pass away from cancer. Lee always Reached out and offered to help with anything that they may need. During the summer we have cookouts, Christmas time we have

an office party where Lee is Santa and he hands out gifts and wears his funny musical Christmas hat. We also have a Christmas party at the Farmington Club which is a beautiful place and Lee takes care of everything. Lee gets up and dances with us, he also makes a great speech letting us all know how he cares and appreciates all the work we do for Ferguson. I hope in reading this letter you can get a better understanding what kind of person Lee is. He means alot to me and I will always stand by his side.

Thank you for your time
Christine Cajigas
Christine Cajigas

8-2-2019

My experience working with Lee Ferguson for almost 10 years-

Dear Collogues,

My name is Christopher M Pivin and I am writing this letter to explain my experience working with Lee Ferguson for the last 10 years under him directly as my mentor. When I started here many years ago I was known as kind of a wild young man that needed to button down and grow up some. A little more about myself prior to joining what I call the Ferguson Family, I served in the Army(93-96) for 3 years full time as a tank driver and then I was picked to drive the base commander; I was honorable discharged and earned many metals during my time serving in Korea and Texas. After that I worked for the top 4 construction companies prior to my time at Ferguson Mechanical.

Lee Ferguson took me under his wing and taught me how to be a negotiator for mechanical & plumbing systems and after many years he spend building me up I took over the pre-construction group. He is a man that works harder than anyone I have ever met in my life as an owner. Not only did he teach me business but he taught me about life. He is the type of person similar to my father that would never call in sick & never complain; I am not that same as he but I admired his dedication. I used to tell him if he ever left we would have to hire 3 presidents to fill in what he does for here at Ferguson. Morning to night working for the company.

When I first started here at the Ferguson Family I was living in my mom's basement, after many years of working under Lee Ferguson directly, I was able to buy my first home which I thought would never happen. His family and Lee treated me like gold, almost like a family member. Due to Lee's work load he does not have a lot of time to spent training people but he always made time to groom me into a professional business man which I will always be grateful for.

**Lee Ferguson and the family have changed my life**; I am a perfect example of how one can succeed with hard work at Ferguson Mechanical. Now I have a house, money in the bank, brand new jeep that Lee bought for me, a new girlfriend and I also make enough to support my mom after my father passed away. My old days I was a little bit of a trouble maker but had talent, after years working under Lee he forced me to grow up and fly straight.

He is the type of person that would do anything for his employees or friends and **I respect him at such a high level I would run into a burning house to save him**. The time and money he has invested in me is priceless and I see myself spending the next 15 years here till retirement even though I can go work anywhere due to my skills. My family has seen the changes in me over the years and even though they don't know Lee they feel like they do and love what he has done for me.

I am not very good at explaining myself but I hope I was able to let you know how I feel about Lee Ferguson and who is really is, he is the best boss I have ever had and I hope to work with him again in the near future and I consider him a friend. I am an example of the American dream.

Kind Regards,

Christopher M Pivin

Cell=413-426-3900

August 28th 2019

To: The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Re: Mr. Lee T. Ferguson

Dear Judge Shea,

Hello, my name is Carolina Nunez I'm currently a Project Manager for the Ferguson Companies. I've held this position for 6 years but have been part of the firm for the last 13 years. I grew up on Long Island New York where I obtained my education and started my experiences in full time employment. During a transition to leave New York State and relocate to Connecticut I answered an employment request for temporary help as clerical support for the Ferguson Companies. As a new transplant to Connecticut a temporary employment situation was ideal while I transitioned to new surroundings and opportunities.

Well, a temporary situation it never became and 13 years later I'm still an employee for Ferguson Companies that brought forward new responsibilities, growth and more importantly Lee Ferguson's dedication to not only my success but also of those of my co-workers. Lee was an important factor in the building of my skills and providing the encouragement needed to venture into project management roles that can be quite challenging for a young minority woman in a heavily male orientated field. He always allocated time to help with issues, provide education, and boost my self confidence to handle challenging situations.

His complete dedication to his family, employees, running an organization, commitments to community and the ability to engage and invest himself in asking about our families, our goals and offer if he can be serviceable in time of need is indicative to his character. This exemplifies that we are treated as family and why so many of us and myself personally stayed and strived for the successfulness of the firm. Lee has always been encouraging to furthering education and development of skills, not only was I able to transition into project management but also was given the opportunity under the company to go for certifications to add to my attributes.

Not only was I given the ability to grow professionally but I grew personally within my life. During my personal growth Lee was an encouraging factor with the transition into family life. He attended milestones that included my wedding and I was also given the opportunity to witness the joyous events

within his family and form my own friendships with his children. As evident Lee's dedication to his family and employees created a development in an overall growth and widening of relationships within the organization.

In my years working for Lee I have learned so much and developed my own personal character. Knowing and working with Lee has been a great experience. I don't believe that I would have received the same opportunities and the same dedication to my professional growth had I chosen a different option 13 years ago. Being a first generation American and coming from family that didn't have the professional chances you can conform to certain opportunities. Working with Lee and his family has always been the upmost positive experience and again learning the trade and becoming a professional was always his goal as he believed in my abilities and perseverance to learn and become a better employee and professional.

With the current situation unfortunately my time to continue to develop the management position with Lee has ended prematurely, I could have used more time. With sadness, I will miss the encouragement and the nudges to accept more challenging situations along with making sure my voice is heard in group settings and situations.

I can continue to provide examples and scenarios on how Lee has been a great professional example, how he has been a great leader and his devotion to his family but his greatest qualities are his dedication to the betterment and empowering of others, his humbleness and caring nature to his employees. He is a positive force in my life and I will always be grateful for the opportunities and the overall endless faith he had in me and my future.

Sincerely,

Carolina Nunez

August 28, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

To The Honorable Judge Shea,

My name is Scott Felladore and I have been an HVAC Project Manager for over twenty years and I am currently the Contracting Manager for Tampa Bay Trane with twenty one people working directly under me. I am responsible for all the Trane equipment installations and upgrades for thirteen counties on the west coast of Florida with annual revenues in excess of seventeen million dollars.

I had the pleasure of working as a Project Manager for Lee Ferguson from 2011 to 2016 and I would still be working for him today had I not relocated to Florida. I very much enjoyed my time working for Mr. Ferguson as he always made time for me to discuss current Projects and helped me in any way possible. We met many times at the end of the day after everyone else had left and he would always remind me that he worked a half day, "7 to 7". It was this work ethic that has provided me the skills to do what I am doing today.

Mr. Ferguson was generous in many ways including making sure I had time off to spend with my family when needed, holiday parties and several company outings. In one instance I did not have any vacation time left but Mr. Ferguson gave me extra time off to take care of an issue out of state.

It is my sincere hope that the Court takes this letter into consideration as I have always known Mr. Ferguson to be very hard working, dedicated and very generous to me as well as my family.

Sincerely

Scott Felladore

August. 27, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Ct
Abraham Ribicoff Fereral Building
United States Courthouse
450 Main Street Room 217.
Hartford Ct 06103

My name is Linda McKim I'm the head Estimator at Ferguson Electric. I assign value to Blue Prints and submit Bids and hopefull we are the low responsible Bidder and receive the projects
I was hired as a Jr. Estimator in 1989. thru time I worked my way up to Head of my Department. There is no glass ceiling a Ferguson you do your job well you get the job.
Lee Ferguson has given his employees a safe comfortable working environment. to do our jobs. He is a very patient teacher. He takes time out of his busy schedule to make sure we understand the projects we are working on, We can go to job sites to see how all the parts and pieces go together. every helpful.

I remember at one job meeting with a Construction Company their manager was belittling me in front of everyone. Lee told him I had more knowledge of the Electrical work then he ever would. He has alot of faith in me which means so much to me. Construction can be difficult, to have someone stand by you is worth a lot.

I was working at a job site that was about an hour plus away from the office. My mother was in the final stages of cancer. My family and I had to take her out of the hospital and place her into Ingraham Manor in Bristol. He allowed me to come back to the office in Plainville to work so I could she my mom everyday till her last day.

Lee makes it a point to go to his employees familys wakes including my mothers.

I have only depend on two men in my life one was my father Ambrose McKim who passed away when I was 17 years old. And the other is Lee Ferguson.

Linda McKim

8.28.19

TO:

THE HONORABLE MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE

DEAR JUDGE,

My NAME IS MICHAEL CIARLEGLIO SR I AM 55 YRS OLD, A father of 4 ADULT CHILDREN AND A GRANDAD TO 6 Butifull granchildren I work for LEE. I AM A ELECTRICAL Superintendent AND BEEN in the feild for over 30yrs - My DAD IS A ELECTRICIAN AS WELL AS MY TWO BROTHERS, 2 COUSINS AND 2 of my Boys ARE Also ELECTRICIANS

I HAVE KNOWN LEE for close TO 7 yrs AND ENJOY WORKING for HIM, HE IS one of THE SMARTEST BUSINESSMEN AND People I know. He HAS Always treated me with Kindness + Respect, If I got sick AND WAS out of work for more then a couple of days he would CALL AND MAKE SURE everything WAS ok AND if I needed Anything, His Leadership + Work ethic By far, the best in the Business, He is Very Smart in All Aspects of Construction, He is well known in Plainville AND well Respected in his Community.

WHAT impresses me the most is that he has never judged me by my looks - covered in TATTOO'S, HD Riding Guy I am, he has Always MADE me feel ComfORTABLE AND very Welcomed to be Part of his team, I would go to the office for A Kick off meeting on A New project And he would Pull me to the side And Ask which handle bars would be more ComfORTABLE APE hangers OR STRAIGHT BARS OR which Rims where better solid or SPOKED HES A DOWN TO EARTH GUY.

LEE IS Also very Generous. Around Holidays there would be fruit baskets or cases of ORANGES or Grapefruit AND Always sends a xmas CARD thanking me for the Hard Work I put in for the YR, And A TEXT HERE AND there on other Holidays

LEE HAS Done A GREAT JOB w/ HIS Boys there Are talented AND ARE PART of the Business in which he (LEE) has taken it to the next level of proffesilism The best Company I have worked for And will Continue to do So.

Sincerely

Michael Ceraloglio Sr.

August 28, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Your Honor,

My name is David Kelley, of 34 Litchfield Rd in Harwinton, CT. I am 57 years old and have worked for Ferguson Mechanical for 18 years. I started working for the company as a licensed plumber, and was soon trained as a plumbing foreman. Later, I completed a heating apprenticeship and received my license through Ferguson. I have two children, ages 23 and 26, and have been married for 33 years. In my spare time, I enjoy spending time outside and with my family. My son has also worked for Ferguson for eight years now. He started as a laborer when he was 18, completed a four year apprenticeship through Ferguson, and now works as a licensed plumber with the company.

I have known Lee Ferguson since I began working for Ferguson Mechanical in March of 2001. From the start of my work with Ferguson, he has constantly been a resource for myself and my fellow coworkers. He often reiterated if we needed anything to call him directly. He was always involved with the work that was conducted by his businesses, whether that meant visiting job sites on the weekends, or spending time discussing plans with his employees. Many times when I have worked on Saturdays, I would see Lee visiting the sites to review the status of the jobs. His total involvement with his company encourages his employees to work hard and to the best of their abilities.

Over the course of my work with Ferguson, I witnessed him provide many individuals, who oftentimes may have not had the opportunity otherwise, with opportunities to support themselves and their families. He has allowed many to complete apprenticeships which were both supported and funded by Ferguson, which result in a full time position within the company.

In 2006, I was diagnosed with leukemia. I received treatment and was out of work for approximately nine months. During this time, he was supportive of both myself and my family. He attended a fundraiser for my family which was held at a local church. After nine months I was able to return to my job, and he continued to be accommodating and supportive of my health. I have now been healthy for 12 years, and have been grateful to Lee and his family for their continued support.

**In the last 18 years, I have seen Lee Ferguson do a lot of good for his family, my family, his employees and the community.**

**Sincerely,**

David Kelley

TOWN OF
# PLAINVILLE
FIRE DEPARTMENT

77 WEST MAIN STREET, PLAINVILLE, CONNECTICUT 06062
OFFICE: 860-747-4660 • FAX: 860-747-4546

The Honorable Michael P. Shea
United States District Judge
U.S. District Court of the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 271
Hartford, Connecticut 06103

9/1/2019

My name is Thomas Moschini Sr. I have been an employee of Ferguson Contractors for the past 17 years. I have also been a member of the Plainville Fire Dept. for the past 35 years and currently as Deputy Chief for the past 9 years.

I have had the opportunity to work for Mr. Ferguson at Ferguson Contractors for many years. I have known Lee for 25 years and my family has known him and his family over 50 years. Mr. Ferguson hired me in 2002 after I was laid off from my previous printing job with a wife and 2 small children to provide for. I will be forever grateful for being hired by Lee.

While working at Ferguson Contractors Lee has given me the flexibility to leave work to respond to fire calls in our community. The business is in a small town with a volunteer fire department. Having the ability to respond to fire calls is very important to the people of the community.

Lee has shown me his caring side. A few years I went through a very difficult divorce. He was very supportive to me and my two children. He helped me through the toughest time in my life and asked for nothing in return. He has always been there for me in my personal and work life. When he is out in the community, Lee always makes time to say hello and talk especially to his employees.

Lee is a very supporting and giving person to the community. He has supported many of the towns nonprofit organization such as, The Plainville Fire Dept., Plainville Community Pantry, Petit Road Race, Plainville Little League, Plainville Police Athletic League, and so many others. He does all this and ask for nothing in return.

Mr. Ferguson is a Great friend and will always be. I plan on being an employee of Ferguson Contractors for many years to come.

If you have any questions regarding this letter, please feel free to contact me at any time

Sincerely, Thomas Moschini

Thomas Moschini

September 5, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Honorable Judge Shea-

My name is Scott Federowicz, I am writing to you with regardless to Mr. Lee Ferguson. I have known Mr. Ferguson for over 30 years. I first met Lee when I was coaching Little League in the Town of Plainville. His sons played on one of the teams I coached against. I cannot remember a time that Lee missed one of his son's games. It was at this time when I really didn't know what I wanted to do for a career in life that Mr. Ferguson offered me an apprenticeship with his electrical company.

I continued my employment with his company for over 11 years. The knowledge of all aspects of the electrical business I learned from Lee are priceless to me being where I am today. Lee was always about family and I found him very loyal to his employees. He genuinely cared about my career and personal success not just at work, but in life. Lee gave me the opportunity to grow and take my career as far as I want it to grow. One of my biggest mistakes in life is the day I stopped working for him and his company.

At one point after I decided to change my career path in life, I lost my way 15 years ago. I made a mistake in poor judgement and made decisions that I am not proud of. After I faced the results of my actions Mr. Ferguson was there to help me get back on my feet. I will be indebted to him for the rest of my life. When everyone turned their backs on me Lee was there to pick me up and lend a helping hand. He always believed in me a told me he would be there to help me get back on my feet. He kept his word.

I have always respected Lee's work ethics and learned a lot from him over the past 30 years. My wife and I currently work with Ferguson Electric on many of his projects low voltage systems needs. He has always been there to support and help my wife grow her business. There isn't a time he doesn't ask us about how three boys are doing. Lee genuinely cares for his friends, family, and employees. I have seen him firsthand help people out in times of need. If it's from donating to local athletics, charities, or simply supporting kid's school fundraisers. Ferguson Electric has supported the community in Plainville for longer than I can remember. Lee has always been proud of his hometown and never turns his back on the community.

In closing your Honor, I have the deepest respect for Mr. Ferguson for all he has done for me and my family. I just recently had a discussion with my wife how I would love to work for him again so I could give him back something for all he has given me. I would not have the knowledge and work ethic if it was not for the things the Lee Ferguson taught me over the past 30 years. It is my honor to call him a colleague, a mentor, but most importantly a friend. When my father was alive, he always told me one thing. It's not what you have in life that matters, it is how you impact the lives of those around you that is your true legacy. Mr. Lee Ferguson has impacted my life in such a way that I will always be proud of his legacy.

Sincerely-

Scott Federowicz
[redacted]
Plainville, CT 06062

860-622-9482

Edward Pasqua
[redacted]
Wolcott Ct 06716

To: The Honorable Judge

I have known Lee Ferguson as a boss and friend for almost 4 years. I work for Mr. Ferguson as a Piping foreman. I was both troubled and surprised to hear about his recent case as he has always been a rather solid and loyal person. It is for this reason I am happy to write a letter of reference for Mr. Ferguson regarding this matter.

Lee Ferguson has always been an upright, loyal and caring boss to everyone in his company. In the 4 years I have worked for Mr.. Ferguson he has always made it a point to interact with every employee. He is always trying and willing to help every one of his employees in any way he can. Rather it be a concern that apprentices be taught our trade correctly so they can can move up or it be him making sure all his employees are being treated fairly. I can tell he cares to see people succeed. Lee Ferguson is a family man, the first thing he ask me every time I see him is, "how is your family?".

Being a foreman for Mr. Ferguson I myself can first hand tell you this man really goes above and beyond for all his workers. At times when his company has been slow he has kept most of his workers working so they can provide and support their families. While it is unfortunate that he has made some bad decisions, resulting in this case, it comes as no surprise to me that he accepts responsibility for his actions. I believe that as we move forward, he will emerge as even a better person. In short, I think Lee Ferguson has expressed deep sense of remorse in making such a serious mistake and is ready to pay his dept to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mr. Ferguson to be an honorable individual and a good human being.

Sincerely,

Edward Pasqua

September 3, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

Dear Honorable Shea,

My name is Laura Sycz, 20+ year employee at Ferguson Electric Co., however, long time friend of Lee's before becoming an employee of this company. Lee & I grew up in Plainville, were in each other's weddings and raised our children together as our parents did. My oldest son, Kyle, is close friends with one of Lee's sons.

As far back as I can remember, Ferguson Co. has been a strong supporter of so, so many sporting events with jerseys, banners and sponsorship being listed in so many brochures. It's hard to even remember NOT seeing their name in something when it came to supporting so many organizations within our town, especially youth and school organizations. I don't think there is anything that has to do with the Town of Plainville that Lee would ever decline supporting....ever.

As far as my own personal relationship with Lee, there are two very specific things that he has done for me that I will never forget. A little over 19 years ago, my fiancé passed away unexpectedly leaving me a single mother of three when I had just started my employment here at Ferguson. I will forever remember Lee's generosity with continuing to send me weekly paychecks, allowing me as much time as I needed to mourn our loss before returning to work. He did not have to do this, but he did, and I will forever be grateful. This was Lee being a friend to us first, not just my employer.

The 2nd most memorable thing that Lee did for us has to do with my oldest son. Kyle started working here at Ferguson in the prefab shop when he was in high school, taking the bus here everyday to work after school. Lee suggested a career as an electrician to Kyle even going as far as paying all of Kyle's tuition to allow him to learn the trade and, after about 15 years, Kyle is an electrical foreman here at Ferguson. I'm sure that Kyle feels as strongly as I do and we will both forever be grateful to Lee for his generosity to us as a family on a more

personal level. Lee Ferguson will always be the kind and generous "friend" of ours before becoming our employer.

Thank you for taking the time to read this letter. I can only attest from my own personal experiences with Lee Ferguson and there are many, these two examples are the ones that I will never forget.

Sincerely,

Laura B. Sycz

The Honorable Micheal P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
150 Main Street, Room 217
Hartford, Connecticut 06103

Judge Shea,

My name is Anthony Joseph Doucette II and I am currently a resident in Plainville, Connecticut. I am 36 years old, married for 2 years and have 1 child. I am currently a fabrication foreman at Ferguson Companies. My goal is to teach my own personal work experience to new and up and coming employees. A skill set to achieve professional workmanship and good work ethics.

I have been employed at Ferguson since December of 2001. After graduating from Bristol Tech High School. I remember the first day I started working for Mr. Lee Ferguson. He made a point to introduce himself to me personally. He shook my hand and asked if I was ready to learn. I said absolutely. He briefly explained to me a little about how everything in the shop worked. He said if I ever had a question not to hesitate to walk into his office and ask. It was not long before our relationship started to grow. He was always stopping out in the shop. He would show me hands on how to use a tool or an easier way to complete a task. Teaching me about important qualities in life and with family. He grew not only to be my employer but also a mentor.

Over the past 17 years of employment Lee has always been there for me and my family. Every year he would have a Christmas party for all the employees and their families. He was always the first person you would see as soon as you walked in. He always knew everyone's name. He is always committed to his relationships with his employees and families. You would see him socializing with everyone throughout the night. I remember my father would always tell me how much the Ferguson family has done for the community. Now working for Lee I got to personally experience all the generosity and commitment he gives back to his family and community. In the past 17 years I am grateful for every opportunity Lee has given me to be a part of his legacy and a chance to give back to the community. My family and I hold the utmost respect for Lee and thank him for everything he has done for us and this community.

Sincerely,



Anthony J. Doucette II
[redacted]
Plainville, Connecticut 06062

August 29, 2019

The Honorable Michael P. Shea
United States District Judge
District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main St, Room 217
Hartford, CT 06103

Your Honor;
My name is Ronald Jacquemin, I have known Lee Ferguson for close to Thirty Five (35) years. Mr. Ferguson hired me at Ferguson Electric right out of high school in June of 1984. Lee is my boss, my friend, my co-worker and has been my mentor. Lee has shown me how hard work and dedication to one's career results in success. Mr. Ferguson has shown me his appreciation for my loyalty many times over the years on a personal level. In the late 1980's early 1990's he loaned me money to buy my first home, and helped me with legal issues and fees for my first divorce. He also assisted with the purchase of my current home. Over the years, during stressful times in my life, Lee has always been supportive and understanding, with regards to my work schedule and allowing time off when needed. On many occasions Lee has also loaned me tools and equipment for my personal use.
In the early 1990's, when the economy was so bad here in Connecticut Mr Ferguson looked for and found work in other states to keep is employees employed. Over the years He ventured into Pennsylvania, New York, and Massachusetts.
Mr. Ferguson has always played a role in the community. He has been supportive numerous times at my daughter's Bristol Central High School programs, fliers, and sporting events. He is a sponsor of The Petit Family Run and many other events in his home town of Plainville, CT. He also donates his time and loans his equipment to special events and fundraisers when asked.

I personally know about forgiveness, 2nd chances, and how a few

bad choices can ruin one's life. Lee Ferguson, in my opinion has done much more good in his life, than he's done bad. His company is responsible for the livelihood of over 100 employees and their families. His community involvement is cherished, and most who know him would agree.

Will great sincerity,

Ronald Jacquemin

Larry Jacobs
[redacted]
Torrington, Connecticut 06790

The Honorable Michael P. Shea
United States District Judge
US District Court for the District of Columbia
Abraham Ribicoff Building
United States Courthouse
450 Main Street, Room 217
Harford, CT 06103

Re: Lee Ferguson

Your Honor,

My name is Larry Jacobs, I am an employee of Ferguson Mechanical. I began working at an early age of (14) in various factories and later on in the insulation trade. I have worked for a lot of bosses, not always good, but Lee Ferguson has meant something in my life. That's is why I want to tell you what I know about him, and why I believe in him.

I met Lee Ferguson over ten years ago, when I worked for one of his subcontractors on a high school in Hartford. I am an insulator by trade, specializing in mechanical duct and piping. The firm I previously worked, Incor, fell on some hard times during the Hartford Project. The owner was indicted and the firm overall declared bankruptcy.

At the time I met Lee Ferguson and his son Ryan, and with the collapse of my prior employers company I pitched that they work with me to complete the project. They agreed, but even more important Lee also saw an opportunity for me to perform insulation for all of Ferguson's projects.

For one of the few times in my life I was not being judged by what I looked like, how I spoke, or the level of my education (High School Drop Out). Instead, Lee saw me and what I wanted to be, and has supported that goal every year since.

So this was more than just being hired by Ferguson, Lee Ferguson already made good on Incor's debts on the project we were working on. Lee didn't just hire me to work in the field, he developed a company around me that now numbers 18 men and does over 4 million in insulation work a year. I estimate, supervise, and guide that form with little interference from Lee.

Even more surprising was that Lee always had time for me, and from the start treated me as an equal. He has inviting me to numerous charitable events, talking on a personnel level about company, the employees, our families, our children, (I have a 19 year old son, Lee has four son, six grandchildren, and he knows something about bringing them up), and our hopes for our family and our company in the future.

And this wasn't a one off, his door is always open, literally the corner office, and in that he was always found from 6 A.M. to 9 P.M.

He had a vision for Ferguson and Ferguson's employees, I know because I work on only prevailing rate work, the highest in the state, like all Ferguson workers. But for that pay Lee insists on the highest quality construction, and I hear on every job since coming to Ferguson, from the State Inspectors our work id second to none. There is a lot of pride at Ferguson because we are a quality firm.

I won't lie, I was disappointed with what Lee had done, but everyone lapses, it's what they do the other times that helps set the record straight. Lee Ferguson has shown me nothing but care, respect, generosity, and supported my dreams. I consider him a friend, and rather than focus on the one thing he did wrong, I want to focus on the hundreds of things he does every day for our workers, now over 200 in the field.

It has been a pleasure to know and work for Lee Ferguson, and I hope to continue to work at Ferguson under the management of his son Ryan Ferguson.

Sincerely Yours,
Larry Jacobs

August 29, 2019

The Honorable Michael P. Shea
United States District Judge
U.S District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

Your Honor,

My name is James Battista of 55 Birmingham Drive, Southington Connecticut. I would like to take the time to offer my recommendation on behalf of Lee Ferguson. I have been married for 36 years and began working for Ferguson Electric in June of 1986. Throughout my tenure at Ferguson Electric, I have worked as a Superintendent on various large scale projects throughout the state. I have known Lee for more than 35 years, which has allowed me to become close to him and his family.

Over the years, I have witnessed how hard Lee Ferguson works to provide for his family by striving to be the best contractor ever. I have always admired his ability to maintain a close knit family while upholding a strong work ethic. Lee has displayed nothing more than dedication to his business and his employees. While working for Ferguson Electric, Lee has taught me several aspects of the Construction Industry and went out of his way to pay for my educational opportunities. As a mentor, he has taught me to always produce quality work and to respect the customer. Lee has provided me with an opportunity for a long, successful career and has done his best to keep people employed, even when times were not ideal.

Besides Lee Ferguson's strong family ties and highly respectable work ethic, he has displayed a history of going out of his way to help employees when they fell on ill times. One example was when Lee Ferguson offered to pay for my brother in law's medical bills after he fell terminally ill. Historically Lee Ferguson has displayed numerous counts of generosity for his family, friends, employees, and community.

Conclusively, I would like to attest to his strong character, as a long term friend and professional employee. He has provided me with opportunities that I am thankful for every day. Lee Ferguson is what I call a great boss and a true friend.

Sincerely,

James Battista

Andrew Jeffrey
[redacted]
Cheshire, Ct 06410

September 2, 2019

Re: Lee Ferguson

To: The Honorable Judge Michael P. Shea,

I am writing on behalf of Lee Ferguson. Mr. Ferguson and myself have been co-workers since he hired me in 2007. Over this time, Lee and I have become friends. I consider Lee as an intelligent, kind, family man with an exceptional work ethic and solid standing in the community. While I was surprised to hear of Lee's recent poor decisions, it came as no surprise that he is ready to accept responsibility for his actions.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Lee Ferguson to be an honorable individual, a valuable member of my community and a good human being.

Sincerely,

Andrew Jeffrey

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
Unite States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

September 2, 2019

Dear Judge Shea,

My name is Steven Leonardo. I have been a Ferguson employee since November 19, 2012 working with Lee Ferguson in various capacities. I am a Sheetmetal Foreman for the company. Prior to working at Ferguson, I worked as a Sheetmetal Mechanic at Action Air.

During my time at Ferguson Mechanical I have worked with Lee through different company projects. As a leader for his company I was always able to call him, ask for his advice, and appreciated his helpfulness. The fact that I could call Lee at any time of day to discuss any type of work issues, speaks volumes about his work ethic. He was always stern and serious about work, but that just showed his true passion for what he was doing and getting the projects done right.

On a personal level, even though Lee was my boss, Lee was gracious enough to invite me on a fishing trip. On this trip I spent several days with Lee and other Ferguson employees and friends. Lee hosted all of us, provided all our wonderful meals and excursions. On this trip I was able to see Lee outside of work and through a different lens. I saw Lee as a family man who had such respect for his employees and love for his sons.

Every year Lee hosted a beautiful Holiday Party for the entire company. This party was not only to celebrate the company's accomplishments for that particular year, but also to celebrate the holidays with all the employees and their spouses. Each year, even my very first year with Ferguson Mechanical, Lee would stand at the entrance and greet each one of his employees by name as well as their spouses. He would chat with me about the projects we worked on for that year and about personal things such as, my upcoming wedding, what my wife does for work, and how I was soon going to be a father.

Through my relationship with Lee, I know that he is a generous, hard working person who cares for and enjoys giving back to his employees.

Sincerely,

Steven Leonardo

**William Joyce**
[redacted]
Portland CT, 06480

September 2, 2019

The Honorable Michael P. Shea,

I am William Joyce and I have been an employee of Ferguson Electric for almost 20 years. I started as an electrical apprentice and I have worked my way up to a job foreman.

I first met Lee Ferguson about six months after I started with the company. He was reviewing the status of a job at State House Square in Hartford CT. Lee walked up to me as I was working, addressed me by name and shook my hand. I was amazed that he knew my name. I had only been with the company a short time and there were about 80 employees in the company. Lee spent a few minutes talking with me before he moved on. During break I was talking with my coworkers telling them about meeting Lee, none of them were surprised and told me Lee knew all of his employees. That day made a lasting impression on me, I felt as if I was part of the company.

In my almost 20 years of working at Ferguson Electric I have not once felt that I didn't matter. Lee will listen to ideas brought forth by his employees and will always say if you are not getting what you need call him right away so he can help. I had been working at Ferguson Electric for about three years when I had an idea that would help the project I was working on. I had been working on an old piece of equipment that wasn't made anymore. I came up with an idea on how to allow us to do a lot of work ahead of time to minimize the amount of time a major CT manufacturing company would be without production. After some discussion with the job foreman and Lee my idea was implemented and it worked. That's the type of person Lee is, he knows that he did not get to where he is without the help and dedication of the people that work with him and he appreciates what we do for him and the company.

About seven years ago Ferguson Electric was working on a building that had a very complicated sound system. There were multiple rooms that needed to be interconnected throughout the three stories including a theater and concert hall. Ferguson Electric had not done a system this extensive before. I was fortunate enough to be given the opportunity to run this piece of the project. I was required to size raceways for non-standard electrical wire, which is something we do not normally do. Lee would check on my progress and we would review what I had done. Lee told me that he had full confidence that I

would be able to complete my piece of the project without a problem. I appreciated Lee's confidence in not only my electrical abilities but also him allowing me to represent the company on this extremely important part of the project.

Lee spent countless hours at the office. Being in the field I will sometimes have to come to the office later in the evening or on the weekend to take care of paperwork. Depending on where the project was we would use the office as a place to meet and leave our cars. Many times I have been at the office late in the evening and Lee would still be working. If you would stop by on Saturday morning you would most certainly see him there as well.

Every year Lee has had a holiday party for all employees and their spouses or significant others. The party is at a beautiful country club and formal attire is required. Lee stands at the front door and welcomes everyone personally as they enter. Before dinner he would give a speech thanking us for our hard work throughout the year. While a holiday party is always nice, this was something special. Again, it made me feel like part of the Ferguson family and personally appreciated.

Lee has always had an open door policy, not just for work issues. Six years ago I was going through a very ugly divorce. I was in the office reviewing the project I was running with my manager when Lee walked by and asked to see me in his office when I was done. When I got to his office, he asked me to close the door and take a seat. He asked how I was doing personally, not the project. He wanted to know how I was doing with my divorce, were the kids doing okay and how was I holding up. He assured me that in the end the kids would be fine and so would I. He told me about some of his experiences and I told him some of mine. We didn't talk about work at all for the 20 or so minutes I was in his office.

Shortly after my divorce the construction industry in CT slowed down. I was not worried that I would be laid off as I had never been in the 18 years previous. By chance I was offered another job opportunity, I was not looking, and it was a very difficult decision for me to make. I thought about it for a few weeks and talked with friends and family before setting up a meeting with Lee. I felt like I was leaving my family and at the same time letting them down. It was one of the most difficult conversations I have had. Lee asked why I was leaving and wished me well. He said the door was open if things didn't work out. I was gone from Ferguson for about 18 months when I called Lee and asked if there was a position available for me. Without hesitation I was welcomed back and reinstated as a foreman. Two weeks after my phone call, I was walking back into the Ferguson office where I belonged. Lee greeted me and said it was nice to have me back.

Sincerely,

William Joyce

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

To Whom It May Concern,

My name is Kurt Jordan Benson and I have been an employee of Lee Ferguson for fifteen years. I have known Lee most of my life, as Lee and my father were good friends, both born and raised in Plainville. My fiancé and I, both thirty-two years of age, were also born and raised in Plainville, and we are currently raising a young family of two boys at home; ages three and one. On a professional level, I have been a Plumbing foreman for the company for roughly eight years now. Ferguson has bestowed me with the responsibility of running jobs in range from one million to twelve million dollars. I currently hold a Plumbing license, a Medical Gas License, and I am enrolled in a Pipe Fitting Apprenticeship. These are all opportunities forwarded to me through working at Ferguson Mechanical. I started working out in the field right after high school at the age of eighteen and it was with good work ethic that I was given the opportunity to get into the plumbing trade.

I have known Lee Ferguson as long as I can remember. The "Ferguson" name is a staple in town for years. Lees' involvement with the community is something that was engraved on him by his late father, Tom. Tom served in the United Sates Marine Corps during World War 2, he was the past owner of Ferguson Electric, he was a member of the Board of Education for sixteen years, he was a member of Park and Recreation Commission, Plainville Rotary Club, coached little league baseball and midget football. Lee strides to be a man in the community much like his father. Lee is an avid donor to the Plainville Volunteer Fire Department, he sponsors a team in Little League baseball, Nico's Lemonade stand, the Petit Road Race, he has a scholarship fund in his fathers name.

Lee has always been a man of great work ethic. More often than not, he can be found at Ferguson Companies seven days a week setting an example for his employees. Lee has always been a man to take care of his employees and their families. Seven years ago my grandmother passed away and Lee sent flowers to my family to pay his respects. At that time my father had not been employed at Ferguson companies for almost twelve years. Sending flowers to past employees families when

they have lost loved is a perfect example of the type of man Lee is. My father worked for Lee for many years and I remember coming to the gatherings he would throw at his shop for his employees and their families. Renting bounce houses, having raffle prizes, food, and entertainment were a staple at the "Octoberfest" family parties. As well as a yearly Christmas Party at the Farmington Club was also a do not miss event, as the food, dancing, and comradery with other employees is a great way to end a busy year.

I am very thankful for the opportunity that Lee Ferguson has given me during my time at Ferguson. At thirty two years old I have quite the resume, much more money in a retirement fund than most of my peers, and a beautiful home to raise my family in. I have collected a paycheck from Ferguson Mechanical for fifteen years straight, with no lay off; a very tough feat in the construction industry. Where I currently am, in my life, is due to the opportunity Lee Ferguson gave me at such a young age even having only a high school education. I can only write about my experiences with Lee. There are plenty more very similar stories to mine, as Lee has always been a man known to give the young men and women from town a fair shot at providing for their families.

Sincerely,

Kurt Jordan Benson

Dear Honorable Judge Michael P. Shea,

My name is Brian Ruggles and I have known Lee T. Ferguson for my entire life and I have been working for him for almost 23 years at the Ferguson Electric/ Mechanical Company. I come from a long line of Electricians and when I was younger I always wanted to be in the family trade. My own father past away when I was seven years old and Lee always told my mother and I that when the time came to be in the trade he would take me in and teach how to be a great electrician and he in fact did so an he personally trained me to be what I am today. As I had no father in my teenage years and my early twenties Lee was very much a mentor of me and keeping me on the right track to a successful life and career. When I was at some low points in life he was always there to pick me up mentally, financially and just great advice on how to stay on the right track. Lee paid for all of my schooling for my electrical trade license that I got very early in life at just twenty-two years of age and moved up to a supervisor position right away and was very successful at from being taught by a great mentor like Lee and at the age of twenty-six I decided to pursue another trade license in the HVAC field in the Ferguson Mechanical side of the business and again he taught me how to be successful and paid for all of my schooling. I eventually went into the office side of the business and learned how to manage multi-million dollar projects and I could not think of a better way to learn construction management from coming from almost nothing. I have never had a father and Lee is one of the most influential mentor figures in my life and I would not be where I am in life without his help. Lee has always been know in our town to help local kids learn trade skills and give them the opportunity to be successful in life when there isn't always much opportunity to due so. I have grown so much in his organization that I can go into almost any department of the company and help out or due the task at hand.

Lee's sons have become like brothers to me and in fact his son Ryan has even made me godfather of his of his first son. Lee has taken me on some of the best vacations and sporting events and I have been to some of the nicest restraints on the east coast which has taught me how to be more cultured and how to dress and act in respectful situations which has also molded me into the person I am today. Some of my best friends are people I have met in the Ferguson organization and in turn I have been able to teach young apprentices and employees a lot of the skills that Lee has taught me. I am just one of the many people Lee has done this for and I know of so many lives that he has influenced to become better men and women in society.

Sincerely,

Brian Ruggles

Brian Whalen
[redacted]
Wallingford, CT 06492
[redacted]

September 4, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main, Street, Room 217
Hartford, CT 06103

RE: Lee Ferguson

Your Honor,

My name is Brian Whalen and as I sit down to write this letter on Lee's behalf, I have come to the realization that I have known Lee for more than half of my life. We started out as family friends as his son and I met in college. Not too soon after college, Lee took a chance on me and hired me as a young, naïve and inexperienced Project Manager for his successful contracting business. I have been working for Lee for over 13 years and he has been there for me through all the new adventures in life and has always been willing to provide me not only with business advice, but also sound marital, parental and life guidance that only a caring person could provide. While I may have not recognized it throughout my early career as part of his organization, Lee has always been patient, extremely generous and considerate to help develop my career. Without earnest I can say he always had my best interest at heart.

Lee's son and I where part of the football team in college when we first met and where immediately part of an extended football family. Though there were many parents and friends who cared for us and looked after us, I always admired Lee for his outgoing personality, friendship and generosity. Whenever Lee came to campus, I always found myself migrating in his direction to hear his stories and be in his company. As I got to know Lee better, I came to respect his knowledge and success in the construction industry and was always asking him for advice as I had always been passionate about the construction industry. He was always willing to support me, provide guidance and despite how busy he was both personally and professionally, he genuinely took in interest in me and my life.

After college, Lee's son and I remained friends. My brother and I where working together as a small residential contractor and we decided it was time to shut down the business. I still had the same passion for the construction industry that I always did, I just needed to find my place in the industry. As such, due to Lee's success in the industry, I reached out to him and and inquired if he knew of any carpenter's or general trade contractor's he could refer me to for a management position. To my surprise, Lee said that if I was serious, we would like for me to come to his discuss the possibility of a career within his organization. I had no knowledge about the electrical, plumbing or HVAC trades and

the type of work Ferguson Electric and Mechanical performed, but Lee was willing to take a risk on me. I was extremely grateful for opportunity and Lee made the transition very easy for me. There was a lot I needed to learn, and Lee gave me all the support I needed.

Over the years and as I gained experience, I was given task of managing larger projects. At times, some of the projects felt too large for someone with as little experience as I had, but Lee was always there to support me, while at the same time challenging me. He was never more than a phone call away and he would often take trips to the jobsite with me to help me whenever I needed help despite his own busy schedule.

I will never forget the lessons he taught me through my journey as manager within his organization and although sometimes I thought he was being too hard on me and unreasonable, I now utilize these same lessons as I raise three young boys of my own. Lee simply wanted what was best for me professionally and also on a personal level. This is true for everyone who works, or has worked, for organization. He pushed me to be the best and not settle for being anything but the best. He would always translate what we did in the business world to real world experience and was a wonderful teacher along the way. Without Lee's tutelage, I would not be the person I am today and to that I owe him a great deal of admiration for molding me into the person I am today. Not only did Lee teach me and educate me in an industry that we both share a passion for, but he also taught me life lessons along the way.

Lee has always been a great employer to work for, but before all of that, he has been a great friend and and I will always be indebted to him for his willingness to take a chance on me. I am proud to be a member of the Ferguson family and I have Lee to thank for providing me with a career that I love, and the ability to provide a comfortable life for my family.

Sincerely,

Brian Whalen

9/2/2019

The Honorable Michael P Shea
United States District Judge

I am writing this letter on behalf of Lee Ferguson. My name is Tim Pilkington. I have known Lee for 31+ years, in which time he has kept me, and many others like me, uninterruptedly and gainfully employed for the full extent. Also, in this lengthy time I have come to know Lee not only as an employer, but as a friend as well.

Lee has always been the type of person who takes his leadership as an owner/employer to a level way beyond the norm. He has always, as long as I have known him, care more about his employees, their families, and their general well-being more than any boss I've ever heard of.

For me, personally, Lee has always been a person that I could lean towards for anything if needed, whether it be someone to talk to, or if any personal problem arose, as well as any needs, as far as tools, machinery, or equipment. I have called upon him many of times, especially of the latter. Whenever I needed to borrow anything from the company, backhoe, tools, heavy equipment, he would help out without batting an eye. More so, he would first make sure everything was in tip top shape, delivered to my house, picked up when finished, without ever even asking for anything in return. No questions asked.

There has also been twice in my 31-year career that I have been injured out of work, and would have had to miss substantial time. Lee wanted none of that. He could have easily made me take a medical leave, but instead kept me on the constant payroll, even knowing that my contributions to the company would be minimal, if not non-existent.

He has always been the man, no matter when you saw him, under any circumstance, would always ask "how's your wife?", or "how are your kids doing?", and you knew he was asking sincerely. He has always been a strong proponent for us to take and utilize all our vacation time, citing that it was much needed and deserved time for us and our families.

No matter what the outcome of any issues in regards to Lee, I cannot say one negative word against the man that has kept me gainfully employed for 31+ years, and an employer that I can truly call my friend.

Thank You.

Respectfully,

**Tim Pilkington**

To: The Honorable Michael P. Shea, United States District Judge, U.S. District Court for the District of Connecticut. Abraham Ribicoff Federal Building, United States Courthouse 450 Main Street, Room 217 Hartford, Connecticut 06103.

My name is Joseph Brgin. I am 34 years old and I am currently a plumbing Foreman. I have been in the trade for over 11 years. I am married and have 2 young daughters.

I have personally known Lee Ferguson for the entirety of my career at Ferguson which is over 11 years. Lee is and has always been extremely generous to me with both his time and financially. My first interaction with Lee came about a month into my career and I couldnt believe that Lee saw me on a job and called me by name. Out of his 200+ employees he knew me (a new hire) by name. That amazed me. Lee told me to keep up the good work and that stuck with me.

Lee recognized my work ethic and rose me through the ranks to become a foreman probably before I even thought I was ready. Lee simply said Kid you care and you indeed have earned it. This career bump changed my life in a positive way going forward. My wife and I decided to start a family and buy our dream house.

There has rarely been a time that I have been at the office when Lee wasnt there. whether it be at 7am or 6pm. His committment to the company and our future has always kept me confident in my future. Mr. Ferguson always asks me how my family and kids are doing and I know he really cares. I know I would not be in as successful a place in my life as I am had it not been for Mr. Ferguson. I appreciate him very much.

Sincerely Joe Brgin

To:

The Honorable Michael P. Shea

United States District Judge

U.S. District Court for the District of Connecticut

Abraham Ribicoff Federal Building

United States Courthouse

450 Main Street, Room 217

Hartford, Connecticut 06103

My name is Brandon Chasse and I have had the pleasure of working for Mr. Lee Ferguson for just over 3 years. I started out with the company as a licensed plumbing mechanic and currently am running projects as a foreman.

Mr. Ferguson has been a pleasure to work for over the past 3 years. His attention to detail and his strong work ethic are qualities that I admire most about him. Mr. Ferguson did not view his employees as just average people, but as a large family working toward the same goals. He would always make a point of asking how my family was before discussing any work related business, which in my opinion, demonstrates how family orientated he is. I have witnessed numerous accounts in which Lee has taken care of employees that had fallen on bad times. He would do anything that he could to help out a fellow Ferguson work family member.

I am sad to see Lee Ferguson step down from his position within the Ferguson companies, but his legacy will go on. He has instilled confidence and a sense of commitment to anyone that has worked with him. I have never met anyone as hard working and dedicated as Mr. Ferguson. His presence at the workplace will be greatly missed because he was not only a boss, but a friend.

Sincerely,

Brandon Chasse

TO WHOM IT MAY CONCERN,

MY NAME IS KYLE FERGUSON. I HAVE BEEN AN EMPLOYEE FOR FERGUSON ELECTRIC, AND LEE FOR APPROXIMATELY 18 YEARS. I AM NOT RELATED TO THE FAMILY IN ANY WAY, WE JUST SHARE THE SAME LAST NAME. MY FATHER BOB AND UNCLE KEN WERE FRIENDS WITH LEE SINCE THEY WERE TEENAGERS. THEREFORE I HAVE KNOWN LEE SINCE I WAS A CHILD.

I CAN REMEMBER WORKING AT THE FERGUSON SHOP DURING AN AFTER SCHOOL WORK PROGRAM, LEE WOULD OFTEN WALK THROUGH AND SEE ME WORKING HARDER THAN SOME OTHER GUYS. HE DIDN'T SAY TOO MUCH, HE WOULD JUST GIVE ME A RAISE IN MY PAYCHECK, WITH A LITTLE NOTE THAT WOULD SAY "NICE JOB". AT 18 YEARS OLD HE CO-SIGNED FOR A PERSONAL LOAN I TOOK OUT, SO I COULD BUY NEW CAR. HE'S GONE OUT OF HIS WAY TO KEEP GUYS EMPLOYED. WE HAVE GOTTEN SLOW WITH WORK MULTIPLE TIMES IN THE PAST 18 YEARS, AND HE KEPT US WORKING. I WORKED AT HIS HOME FOR A WHILE. THERE IS A CORE GROUP OF ELECTRICIANS THAT HAVE WORKED FOR FERGUSON FOR 25 PLUS YEARS. I HONESTLY THINK LEE WOULD DO ANYTHING TO KEEP THESE GUYS WORKING. LEE RECENTLY PAID FOR SOME REPAIRS I NEEDED FOR MY BOAT. LEE IS A GREAT, GENEROUS

GUY, HE IS CLOSER TO ME THAN MY FATHER IS. I CONSIDER HIM AS A FATHER FIGURE TO ME.

- KYLE FERGUSON

P.S. MY APPOLOGIES, IT HAS BEEN A LONG TIME SINCE I WROTE A LETTER.



September 5, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, Connecticut 06103

The Honorable Michael P. Shea;

My name is Laura Flint and I worked for Lee T. Ferguson for 22 years in a few different positions at Ferguson Electric Co., Inc.

When I first started working at Ferguson in the Service Department I didn't know much about electrical materials. Mr. Ferguson would take the time to take me out to the warehouse and show me what different items were and explain how they were put together so I could understand my job better. It helped me tremendously. Anytime I had a question he would take the time to explain the answer to me.

When working in the Service Department we would do Electrical work for the Community Food Pantry and there were times when we would not charge for work done or work would be done almost at our cost to help defray costs for the Pantry. The Community Food Pantry would put on a yearly benefit to raise money and Mr. Ferguson would buy several tickets to help the Pantry and would have employees go to the benefit.

Mr. Ferguson would invite all employees to a yearly Christmas Party thanking all for all their hard work throughout the year. He also had summer picnics for the same purpose with activities for all the employee's children.

I personally have a high respect for Mr. Ferguson. He has taught me many things and he has always treated me with respect.

Thank you for your time,

Laura Flint

Laura Flint

The Honorable Michael P. Shea

United States District Judge

U.S. District Court for the District of Connecticut

Abraham Ribicoff Federal

450 Main Street, Room 217

Hartford, Connecticut 06103

I have worked for Lee Ferguson as an electrician for 28 years. I started as most kids out of high school looking for a summer job and ended up at Ferguson electric while planning to study Electrical Engineering in the fall of 1991. In December of 91, during winter break he hired me back and registered me as apprentice. After my third year in school, I found that my job at Ferguson Electric was paying larger wages than any other company, and starting electrical engineers.

I have stayed working for Lee because he treats the employees as an extension of his family. As most people in the trades know that when times are slow most companies lay off employees Lee would find jobs for everyone he could. Lee always' felt like he failed as an employer if he had to lay off employees.

Lee Ferguson always insisted that we took the time and effort to put the best quality product out to the customer. Lee also maintains the image that all the equipment, tools, and trucks do not leave the yard unless they are in clean and safe working order.

Lee Ferguson is always busy but always took time to teach, demonstrate, and listen to feed back from his employees. Lee Ferguson also took time to work with my son to teach him about how rebar was sized and donated to his Eagle Scout project.

With all the large projects going on Lee still sent people to service lights and equipment at the Plainville Food Pantry. Lee also donated the use of a golf cart to the Petit Family Foundation road race.

Daniel S. Perreault

Daniel S. Perreault

[redacted]

Middletown, CT 06457

[redacted]

[redacted]

October 11, 2019

The Honorable Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 217
Hartford, CT 06103

RE: Lee Ferguson

**Character Letter**

Dear Sir,

My name is Eric Reynolds, I am married with two children, I have worked for Lee Ferguson in excess of twenty years.

I worked for three electrical contractors prior to Ferguson Electric; in 1995 I was hired as a journeyman electrician eventually offered the opportunity to transition into a management position.

In comparison to other employers Lee provided greater opportunity to grow, superior pay in comparisons to the industry, benefits and equipment to perform our work.

In my experience Lee has been both fair and generous; he has shown interest in my family as well as my personal success within the organization.

Through his hard work and perseverance competing in the highly competitive construction industry Lee provided me with opportunity, fair compensation, good benefits and thereby the ability for me to earn a good livelihood.

As a side note, I participate in my sons Boy Scouting activities, I became the Scoutmaster, a position I held for nine years. Lee had reflected fondly of his experience as a youth in scouting and was supportive of my leadership within the Scouting program which required my leaving work early for weekly meetings and monthly camping trips.

In his doing so, albeit indirectly, he has aided in influencing numerous young men to become good citizens and future leaders in their community.

Another example of his generosity, the Scout Troop constructed a pavilion at JN Webster Scout Reservation; Mr. Ferguson donated his drafting department time to design the structure, materials and labor for the fabrication of structural components, use of a flatbed vehicle for transporting heavy timbers and allowing the use of company equipment utilized in the erection of the structure.

Lee also allowed me to utilize company equipment, allowing me the time, to replace a failed leach field at my residence so that I did not have to hire someone to do the work.

This was of great value as my children were young, my wife was home raising our children, the savings to my family was greatly appreciated and welcome.

Lee has provided me mentoring and knowledge of the industry over the past two decades, I am grateful for his leadership and the opportunity presented to me.

In closing it is my sincere hope that this sheds a favorable light upon Lee Fergusons character, as a decent person and employer who through his efforts has had a positive impact personally on mine and indirectly hundreds of others lives.

Thank you

Eric J. Reynolds